# Exhibit D

**From**: Naser Bustami [naserbustami@gmail.com]
**Sent**: 4/4/2015 2:52:27 PM
**To**: Jamie Buchanan [jamie.buchanan@msn.com]
**Subject**: Re: Farhad Azima

As for Farhad I would say get AH on the case to check with the boss on what exactly he wants done.

Sent from my iPhone

On 4 Apr 2015, at 5:35 pm, Jamie Buchanan <jamie.buchanan@msn.com> wrote:

> See below
>
> **From:** Amir Handjani [mailto:ahandjani@gmail.com]
> **Sent:** 04 April 2015 17:23
> **To:** Jamie Buchanan
> **Subject:** Re: Farhad Azima
>
> I'm not sure that's possible at the moment. I don't know what basis you would target him. Thoughts?
>
> Best,
> AAH
>
> Sent from my BlackBerry 10 smartphone.
>
> **From:** Jamie Buchanan
> **Sent:** Saturday, April 4, 2015 1:56 PM
> **To:** 'Amir Handjani'
> **Subject:** Farhad Azima
>
> Good afternoon. HHSS had wanted us to target FA – on what basis would we do this? Thanks

H7/269/1

**From**: Naser Bustami [naserbustami@gmail.com]
**Sent**: 4/4/2015 6:54:26 PM
**To**: Jamie Buchanan [jamie.buchanan@msn.com]
**Subject**: Re: Farhad Azima

I think next week Amir is in town so we can both hook up with him and brain storm it.

Sent from my iPhone

On 4 Apr 2015, at 10:34 pm, Jamie Buchanan <jamie.buchanan@msn.com> wrote:

> AH has no idea how we might go after him. J
>
> **From:** Naser Bustami [mailto:naserbustami@gmail.com]
> **Sent:** 04 April 2015 18:52
> **To:** Jamie Buchanan
> **Subject:** Re: Farhad Azima
>
> As for Farhad I would say get AH on the case to check with the boss on what exactly he wants done.
>
> Sent from my iPhone
>
> On 4 Apr 2015, at 5:35 pm, Jamie Buchanan <jamie.buchanan@msn.com> wrote:
>
>> See below
>>
>> **From:** Amir Handjani [mailto:ahandjani@gmail.com]
>> **Sent:** 04 April 2015 17:23
>> **To:** Jamie Buchanan
>> **Subject:** Re: Farhad Azima
>>
>> I'm not sure that's possible at the moment. I don't know what basis you would target him. Thoughts?
>>
>> Best,
>> AAH
>>
>> Sent from my BlackBerry 10 smartphone.
>>
>> **From:** Jamie Buchanan
>> **Sent:** Saturday, April 4, 2015 1:56 PM
>> **To:** 'Amir Handjani'
>> **Subject:** Farhad Azima
>>
>> Good afternoon. HHSS had wanted us to target FA – on what basis would we do this?
>> Thanks

**From**: Naser Bustami [naserbustami@gmail.com]
**Sent**: 4/4/2015 7:01:40 PM
**To**: Amir Handjani [ahandjani@gmail.com]; Jamie Buchanan [jamie.buchanan@msn.com]
**Subject**: Farhad Azima

Dear brother Amir,

It was really nice to catch up with you two weeks ago.

I have had few discussions with boss about FA and he is adamant that we bring charges against him. He was very happy that you told him that FA is no longer asking for the $8 m.

The boss told me that you have checked with your people and confirmed back to him that the boys with the hotel are no issue now and we should not be intimidated by them and that FA may not be orchestrating this.

He wants me to get you on the case to file some sort of charges against Farhad.

He also told me today that you have another channel that you are using with khater.

When are you next in town so that me you and Jamie could hook up and coordinate our attack.

Khater is playing our boss using Sylvain and the latest stunt that I heard today is that he did not turn up to the meeting in London as he did not want to meet the lawyers however he is only interested to meet Sylvain and mohammed Al qadi.

Sent from my iPhone

**From:** Amir Handjani [ahandjani@gmail.com]
**Sent:** 7/20/2015 7:52:15 AM
**To:** Jamie Buchanan [jamie.buchanan@msn.com]
**Subject:** Re: NB

I am available now.

On Monday, July 20, 2015, Jamie Buchanan <jamie.buchanan@msn.com> wrote:
> I am in London and have a breakfast meeting at 7.45 that will be over by 8.45 when I could FaceTime in a cAb it Skype at dechert at 9.30?
>
> Sent from my iPhone
>
> On 20 Jul 2015, at 07:16, Amir Handjani <ahandjani@gmail.com> wrote:
>
>> How about in 30 mins?
>>
>> On Monday, July 20, 2015, Jamie Buchanan <jamie.buchanan@msn.com> wrote:
>>> Let me know if you wish to chat later - speaking to AF early afternoon.
>>>
>>> Sent from my iPhone
>>>
>>> On 19 Jul 2015, at 19:20, Amir Handjani <ahandjani@gmail.com> wrote:
>>>
>>>> Talking to the boss now. He wants me to respond to the little guy in an email and to coordinate with you.
>>>>
>>>> On Sunday, July 19, 2015, Jamie Buchanan <jamie.buchanan@msn.com> wrote:
>>>>> NB says the Boss wants criminal stuff taken out of letter and to go after FA – subject to guidance from AF.
>>>>>
>>>>> Nothing ELSE new from NB – will speak to AF tomorrow and fill you in.
>>>>
>>>> --
>>>> Sent from Gmail Mobile
>>
>> --
>> Sent from Gmail Mobile

--
Sent from Gmail Mobile

**From:** Amir Handjani [ahandjani@gmail.com]
**Sent:** 7/19/2015 6:20:17 PM
**To:** Jamie Buchanan [jamie.buchanan@msn.com]
**Subject:** Re: NB

Talking to the boss now. He wants me to respond to the little guy in an email and to coordinate with you.

On Sunday, July 19, 2015, Jamie Buchanan <jamie.buchanan@msn.com> wrote:
> NB says the Boss wants criminal stuff taken out of letter and to go after FA – subject to guidance from AF.
>
> Nothing ELSE new from NB – will speak to AF tomorrow and fill you in.

--
Sent from Gmail Mobile