# Exhibit G

**Nick del Rosso**

**From:** Gerrard, Neil <Neil.Gerrard@dechert.com>
**Sent:** Monday, August 15, 2016 8:11 AM
**To:** Nick del Rosso
**Subject:** Re: FA.

Okay, thanks. No idea why he says it emanates from the UAE. I will ask.

Sent from my iPhone

On 15 Aug 2016, at 12:25 pm, Nick del Rosso <ndr@vitalmanage.com> wrote:

> Hi Neil
>
> Ok - following up on our last conversation regarding Stewart's findings I instructed NTI to search and recover what may be on them; that's underway and I'm sure they'll try to analyze where the sites came from.
>
> If Stewart can provide you the site addresses he is finding we may be able to avoid duplicating efforts. How does he know it was set up in the UAE?
>
> I expect we'll get initial results this week.
>
> Travel well.
>
> Nick del Rosso
> VMS, Inc.
> +1-704-533-3312
>
> On Aug 15, 2016, at 6:47 AM, Gerrard, Neil <Neil.Gerrard@dechert.com> wrote:
>
>> Nick,
>>
>> I've had another call from Stuart who confirms again that there is a website on FA. He seems to think it's been generated from a UAE source. I've asked for details. He said he would try and get them to me. Can you undertake a search for it?
>>
>> Neil.
>>
>>
>> Neil Gerrard
>> Partner
>>
>> Dechert LLP
>> +44 20 7184 7672 Direct
>> +44 7506 910 526 Mobile

1

+44 20 7184 7000 Main
dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, please delete the e-mail and any attachments, and notify the sender. Dechert LLP is a limited liability partnership registered in England & Wales (Registered No. OC306029) and is authorised and regulated by the Solicitors Regulation Authority. A list of names of the members of Dechert LLP (who are solicitors or registered foreign lawyers) is available for inspection at its registered office, 160 Queen Victoria Street, London EC4V 4QQ.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, please delete the e-mail and any attachments, and notify the sender. Dechert LLP is a limited liability partnership registered in England & Wales (Registered No. OC306029) and is authorised and regulated by the Solicitors Regulation Authority. A list of names of the members of Dechert LLP (who are solicitors or registered foreign lawyers) is available for inspection at its registered office, 160 Queen Victoria Street, London EC4V 4QQ.

| | |
|---|---|
| From: | Gerrard, Neil [Neil.Gerrard@dechert.com] |
| Sent: | 8/16/2016 5:47:22 PM |
| To: | Nick del Rosso [ndr@vitalmanage.com] |
| Subject: | Re: FA. |

Okay. Will ask him for details

Sent from my iPhone

On 15 Aug 2016, at 3:25 pm, Nick del Rosso <ndr@vitalmanage.com> wrote:

Hi Neil

Ok - following up on our last conversation regarding Stewart's findings I instructed NTI to search and recover what may be on them; that's underway and I'm sure they'll try to analyze where the sites came from.

If Stewart can provide you the site addresses he is finding we may be able to avoid duplicating efforts. How does he know it was set up in the UAE?

I expect we'll get initial results this week.

Travel well.

Nick del Rosso
VMS, Inc.
+1-704-533-3312

On Aug 15, 2016, at 6:47 AM, Gerrard, Neil <Neil.Gerrard@dechert.com> wrote:

Nick,

I've had another call from Stuart who confirms again that there is a website on FA. He seems to think it's been generated from a UAE source. I've asked for details. He said he would try and get them to me. Can you undertake a search for it?

Neil.


Neil Gerrard
Partner

Dechert LLP
+44 20 7184 7672 Direct
+44 7506 910 526 Mobile
+44 20 7184 7000 Main
dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, please delete the e-mail and any attachments, and notify the sender. Dechert LLP is a limited liability partnership registered in England & Wales (Registered No. OC306029) and is

authorised and regulated by the Solicitors Regulation Authority. A list of names of the members of Dechert LLP (who are solicitors or registered foreign lawyers) is available for inspection at its registered office, 160 Queen Victoria Street, London EC4V 4QQ.

**From**: Jamie Buchanan [jamie.buchanan@msn.com]
**Sent**: 8/16/2016 4:14:11 AM
**To**: Andrew Frank [adf@karvcommunications.com]; Amir Handjani [ahandjani@gmail.com]
**CC**: neil.gerrard@dechert.com
**Subject**: FA

Good morning. I have been informed by Stuart last night that there is an internet site that is carrying a huge amount of material relating to FA – I will get you the link later. I have asked Neil to have a team start reviewing the material as a matter of urgency. At this time, I have no idea whether this relates to us or whether it is of value in respect of our ongoing dispute with KM. More importantly, I cannot tell you whether there is anything on the site about which we should have any concern. Clearly, it would be very interesting to know who is behind this action – Stuart tells me it is UAE based. We will speak later.
Jamie