AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| FARHAD AZIMA<br>*Plaintiff*<br>v.<br>AMIR HANDJANI<br>*Defendant* | )<br>)<br>)   Case No.   21-mc-501 (PGG)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondent Amir Handjani

Date:   07/12/2021

*Attorney's signature*

Daniel P. Filor
*Printed name and bar number*

Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166

*Address*

filord@gtlaw.com
*E-mail address*

(212) 801-6758
*Telephone number*

(212) 805-9258
*FAX number*