# EXHIBIT 4



Ras Al Khaimah Investment Authority v Farhad Azima

Day 7

January 30, 2020

Opus 2 International - Official Court Reporters

Phone: +44 (0)20 3008 5900
Email: transcripts@opus2.com
Website: https://www.opus2.com

**Page 165**

1  anything about, would you?
2  A. I would not know anything about, your Lordship.
3  Q. And if it was carried on by or through Mr Page with the
4     involvement of Mr Buchanan, that's something you
5     wouldn't know anything about?
6  A. No, I would not, your Lordship.
7  Q. And if it was carried out through Mr Page with the
8     involvement of Mr Gerrard, you wouldn't know anything
9     about it either, would you?
10 A. No, I would not, your Lordship.
11 MR LORD: Thank you, my Lord. I'm grateful. Thank you.
12 MR TOMLINSON: I think slightly more than two questions, but
13    I don't have anything arising from it.
14 MR LORD: Sorry, I apologise.
15                MR AMIR HANDJANI (affirmed)
16            Examination-in-chief by MR TOMLINSON
17 MR TOMLINSON: Could you give the court your full name and
18    your business address, please?
19 A. Yes. Amir Ali Handjani, RAK Petroleum PLC, PO Box 1223,
20    Ras Al Khaimah, UAE.
21 Q. Could you take bundle D, please? I think it's there in
22    front of you. At tab {D/15/1} there should be
23    a document which says, "Witness statement of Amir Ali
24    Handjani"; is that right?
25 A. That's correct, my Lord.

**Page 166**

1  Q. And if you turn to page {D/15/6}, is that your
2     signature?
3  A. It is, my Lord.
4  Q. And is there anything in that witness statement you wish
5     to clarify or correct?
6  A. There is not, my Lord.
7  Q. Are the contents of that witness statement true?
8  A. They are, my Lord.
9  Q. Turning to tab {D/16/1}, please, a document headed,
10    "Second witness statement of Amir Handjani", if you turn
11    to page {D/16/2}, is that your signature?
12 A. It is, my Lord.
13 Q. Are the contents of that witness statement true?
14 A. It is, my Lord.
15 Q. And that's your evidence in this court?
16 A. It is, my Lord.
17 MR TOMLINSON: If you could wait there, Mr Handjani, there
18    will be some questions.
19              Cross-examination by MR LORD
20 A. Good afternoon.
21 Q. Good afternoon, Mr Handjani. You say in paragraph 4 of
22    your -- sorry, first, you've been in court, haven't you,
23    throughout the trial up to this point?
24 A. I have, my Lord.
25 Q. And therefore you have heard the evidence that's been

**Page 167**

1     given so far on behalf of RAKIA?
2  A. I have, my Lord.
3  Q. What preparation have you done for giving evidence
4     today?
5  A. I've reviewed my statement, my Lord.
6  Q. And have you discussed the case with anybody?
7  A. I have not. Only with our counsel, my Lord.
8  Q. You say in paragraph 4 at {D/15/1} that you are a US
9     citizen and a qualified lawyer in two US jurisdictions.
10 A. That's correct.
11 Q. "I practised law in the US, including work for the
12    Department of Justice, until around 2004, when I moved
13    to the UAE to set up and work for an e-commerce
14    company."
15        Do you see that?
16 A. That's correct, I do.
17 Q. You moved to the UAE in 2004. That's right, isn't it?
18 A. It is, Mr Lord.
19 Q. And it's right, isn't it, that during the 2008 to 2010
20    power struggle in Ras Al Khaimah, you backed the winning
21    side? Would that be fair?
22 A. I didn't -- I'm not clear what you mean by "backing".
23 Q. Well, there was a power struggle, wasn't there, for
24    the -- to be Ruler of RAK around about 2008 to 2010?
25 A. There was no power struggle, my Lord. The Crown Prince,

**Page 168**

1     who is the current Ruler, was Crown Prince duly anointed
2     by the federal government. His brother, my Lord, came
3     in after the current Ruler's father died and tried to
4     re-establish himself as a Ruler. The federal
5     authorities in Abu Dhabi came down very hard and made it
6     clear that they would not be stopping the current
7     Crown Prince becoming Ruler. That happened within
8     hours, my Lord, of the -- his father dying. My support
9     had nothing to do with that, my Lord.
10 Q. But there was a power struggle within RAK, wasn't there,
11    around about 2008 to 2010?
12 A. I wouldn't call it a "power struggle", my Lord --
13 Q. Struggle for power?
14 A. Well, "struggle for power" --
15 Q. A struggle to rule Ras Al Khaimah?
16 A. No, there was -- the Ruler of Ras Al Khaimah de facto
17    was the Crown Prince since 2003, my Lord.
18 Q. Because Mr Page has given some evidence about -- and
19    Mr Buchanan has -- about there being certain problems in
20    Ras Al Khaimah in relation to the Rulership around about
21    that time. Were there some problems in relation to the
22    accession of the current Ruler?
23 A. My Lord, as I just testified to, after the current
24    Ruler's father died --
25 JUDGE LENON: Which year was that?

1  A. I believe, my Lord, it was 2010 or 2011. I can't
2     recall, my Lord. The ex-Crown Prince who was removed in
3     2003 by federal authorities came back to the UAE and --
4     to assert his claim of leadership again. The federal
5     authority in the UAE, my Lord, is Abu Dhabi. They are
6     the most powerful Emirate. They control the security
7     services. They came in and they blocked him from doing
8     so, and within a matter of I think minutes or hours
9     after the father of the current Ruler passed away, my
10    Lord, they announced that he was going to be the Ruler
11    of the Emirate, Mr Lord.
12 MR LORD: You say the ex-Crown Prince. Was he older than
13    the current Ruler? Is he older? Was he older?
14 A. I'm not sure, my Lord.
15 Q. So how was it that he was a Crown Prince at one point
16    and then became an ex-Crown Prince?
17 A. I have no idea, my Lord.
18 Q. So when he was Crown Prince, he was presumably in line
19    to succeed the Ruler who died in about 2011, wasn't he?
20 A. That's a fair statement.
21 Q. And how did his claim effectively give way to the claim
22    of the current Ruler to rule Ras Al Khaimah?
23 A. I believe, counsel, the current Ruler's father who was
24    the -- my Lord, in the Emirates, each Emirate -- there
25    are seven. Together they form the United Arab

169

1     Emirates -- has a Ruler, a Crown Prince and a Deputy
2     Ruler. The current Ruler's father at that time was
3     the Ruler. One of his sons was the Crown Prince and
4     Deputy Ruler, he held both titles, and he, along with
5     the federal government -- because this all has to take
6     place with the blessing of the federal government in
7     Abu Dhabi -- decided to remove the Crown Prince and
8     Deputy Ruler and put the current Ruler as Crown Prince.
9  Q. And do you know why that decision was taken?
10 A. I do not, my Lord.
11 Q. Was there a good reason for it?
12 A. I just told you I don't know.
13 MR TOMLINSON: My Lord, just so that your Lordship has it,
14    the chronology has the date on which the current Ruler
15    became Ruler. It was 27 October 2010.
16 JUDGE LENON: Thank you.
17 MR LORD: It's right, isn't it, that -- well, Mr Handjani,
18    when did you first meet the current Ruler?
19 A. As I say in my statement, counsel, around about 2004 --
20    sorry, 2004/2005.
21 Q. What sort of contact or relationship did you have with
22    him thereafter?
23 A. He became an investor in an e-commerce company that
24    I founded -- actually I was working for -- and had an
25    ownership stake in it at the time.

170

1  Q. Did he become some sort of patron of you in a loose
2     sense of the word?
3  A. I think that's a fair statement.
4  Q. And it would be fair, wouldn't it, that as a result of
5     that you felt and feel some degree of loyalty to him?
6  A. Also a fair statement.
7  Q. Could you explain your role at working for
8     RAK Petroleum, please, over time? I think you say in
9     your statement that in 2006 you became a vice-president
10    of legal affairs of RAK Petroleum. Can you see that?
11 A. I do. My Lord, around about 2006 the company that I was
12    working for was sold. I received a job in the
13    United States to go work in the legal department of
14    a large insurance company known as AIG and the Ruler --
15    the Crown Prince -- His Highness, the Crown Prince at
16    the time, had said that he was starting an oil company
17    and, because of my legal background, I could be helpful
18    to him. And after some deliberation I decided to stay
19    in the UAE and become an executive -- actually the first
20    employee of that oil company, my Lord.
21 Q. Of RAK Petroleum?
22 A. Correct, my Lord.
23 Q. You say I think in paragraph 7 {D/15/2} that in around
24    2009 His Highness introduced you to Mr Andrew Frank.
25 A. Correct, my Lord.

171

1  Q. Mr Frank worked for or owned Karv Communications in the
2     US, didn't he?
3  A. Not at that time, my Lord. He was working for a public
4     relations firm that was based in the United States but
5     may have been part of a European conglomerate. I don't
6     recall the name.
7  Q. In paragraph 8 {D/15/2} you say this:
8         "Since 2009, I have got to know Mr Frank well. When
9     Mr Frank set up his public relations company,
10    Karv Communications, he appointed me as a senior
11    adviser ..."
12 A. That was around about 2012, my Lord.
13 Q. And how did you get to know Mr Frank well?
14 A. My Lord, in about 2009 there was a yachting race known
15    as the "America's Cup". It's a world-famous race.
16    Although I'm not a yachtsman, I'd come to know of the
17    race. It was -- the race was the -- the cup-holder at
18    the time wanted to have the race in Ras Al Khaimah. He
19    was the -- the challenger was an American named
20    Larry Ellison, the owner of Oracle, the founder the
21    Oracle, the majority shareholder of Oracle, which is
22    a major software company in the United States, and he
23    was contesting the rights of the America's-Cup-holder to
24    have this race in Ras Al Khaimah.
25       Mr Frank at the time was introduced to the Emirate

172

1    I think by people in Abu Dhabi, and because I was an
2    American and this was the America's Cup, I think, and
3    Mr Frank was an American, His Highness called me to meet
4    him.
5 Q. And you went -- you became a senior adviser to
6    Karv Communications?
7 A. Yes. As Mr Frank left his previous job and started
8    Karv Communications, he made me a senior adviser.
9 Q. Was that a paid position?
10 A. It was not at the time, no.
11 Q. Do you still work for Karv Communications?
12 A. I'm a senior adviser, my Lord, I work on certain
13    projects at Karv, but I'm not an executive or
14    a full-time employee at Karv.
15 Q. So why would it be unpaid, if you don't mind my asking?
16    Why would you be an unpaid senior adviser?
17 A. I wasn't -- I mean, he was just starting a firm, my
18    Lord, and using my name as one of -- there was about
19    seven or eight senior advisers. I wasn't doing anything
20    at the time for them.
21 Q. So you sort of lent your name to assist him set up his
22    business really?
23 A. That's a fair statement, counsel.
24 Q. Because you, by then, had a bit of -- you had a bit of
25    profile that might be useful to Mr Frank?

173

1 A. Also a fair statement.
2 Q. You say in paragraph 9 {D/15/2} -- sorry, it's right,
3    isn't it, that Karv Communications ended up working for
4    the Ruler and RAK, didn't they?
5 A. Correct, my Lord.
6 Q. And was that as a result of your offices? Did you
7    essentially link them up or not?
8 A. I did not, my Lord. Mr Frank had an independent
9    relationship with the Emirate. He met the Emirate on
10    his own. In fact, when I joined Karv Communications as
11    a senior adviser, I asked permission to make sure there
12    was no conflict of interest.
13 Q. And Karv Communications have worked, haven't they, for
14    the Ruler and/or RAK for some time now?
15 A. Yes. My Lord, in the United States, if you are a public
16    relations firm working for a sovereign or a governmental
17    entity, you have to register your work with the
18    US Department of Justice National Security Division and
19    something called a "FARA", a Foreign Agents Registration
20    Act. I believe Karv Communications at some time in 2012
21    or 2013 was -- and has been to this day, my Lord --
22    a FARA-registered agent of Ras Al Khaimah.
23 Q. And what sort of work do you understand
24    Karv Communications does for Ras Al Khaimah?
25 A. Strategic advisory work, global communications work on

174

1    promoting Ras Al Khaimah and Ras Al Khaimah entities.
2 Q. And in paragraph 9 of your witness statement {D/15/2}
3    you give evidence about the restructuring of
4    RAK Petroleum between 2014 and 2015. Can you see that?
5 A. I can, my Lord.
6 Q. You say:
7    "Since then, whilst I have held (and continue to
8    hold) a position on RAK Petroleum PLC's board, I have
9    been less involved with the company's operations and
10    have held various positions outside of RAK. I was based
11    in the UAE until around 18 months ago, at which time
12    I relocated back to the US."
13 A. That is correct, my Lord.
14 Q. Can you tell his Lordship roughly how much time
15    would you spend in RAK in 2015?
16 A. My Lord, I would come and go. I was -- we were -- I had
17    stepped down as general counsel of RAK Petroleum a few
18    years before 2015. I was lead director, and I was
19    helping the company merge with a Norwegian oil
20    company -- actually, not merge; take a -- what we would
21    call a dominant position or a major position in the
22    Norwegian public company and then listing that vehicle
23    on the Oslo Stock Exchange. So I was going to and from
24    the UAE a lot, to both Oslo and London.
25 Q. So what's the answer to my question? Roughly how much

175

1    time did you spend actually in Ras Al Khaimah?
2 A. I couldn't speculate.
3 Q. But roughly what proportion of your time? A few days
4    here and there or --
5 A. Yes, I think a few -- a few days after --
6 Q. A month?
7 A. Yes, yes.
8 Q. A few days every -- what? -- four to six weeks?
9 A. Correct, a few days, maybe a week, every four to six
10    weeks because the company listed in December of,
11    I think, 2015, if I'm not mistaken -- I think, yes.
12 Q. Would it be fair to say that you were becoming more
13    detached from what was happening in Ras Al Khaimah
14    in 2015?
15 A. That would be a fair statement.
16 Q. It's right, isn't it, Mr Handjani, that you don't have
17    any official qualification yourself to involve yourself
18    in any RAK criminal investigations --
19 A. That is correct, my Lord.
20 Q. -- or in any RAK criminal prosecutions?
21 A. That is absolutely correct, my Lord.
22 Q. And you are a qualified lawyer, aren't you, Mr Handjani?
23 A. Indeed, my Lord.
24 Q. And do you know whether the Ras Al Khaimah laws allow
25    someone to assist with a criminal investigation

176

1    prosecution if they don't actually hold some formal or
2    official role in that regard?
3  A. I haven't a clue, my Lord.
4  Q. And do you know anything about the rules in relation
5    to -- in RAK to the detention of people?
6  A. Not one bit, my Lord.
7  Q. Or the procedure for charging people?
8  A. Not one bit, my Lord.
9  Q. Or the procedure for arresting them?
10 A. None, my Lord.
11 Q. So I think you would accept, wouldn't you, Mr Handjani,
12   that you wouldn't be an appropriate person to be
13   involved in any way in any consideration of whether to
14   press charges against somebody in Ras Al Khaimah?
15 A. I would accept that proposition, my Lord.
16 Q. Thank you. Can I ask you, please, Mr Handjani, to go to
17   paragraph 11 of your witness statement at {D/15/3},
18   where you mention a dinner there, Mr Handjani. Can you
19   see that?
20 A. Yes, yes, I can.
21 Q. And you say there that Mr Azima was there, Dr Massaad
22   and Ambassador Zalmay … -- it's my pronunciation --
23 A. "Khalilzad".
24 Q. Thank you very much -- was there, as was the Ruler. Can
25   you see that?

177

1  A. I can, my Lord.
2  Q. Can we have {H3/183} on the screen, please, Mr Handjani?
3    If you don't mind looking at that, please.
4  A. It's not on the screen yet.
5  Q. No, it will be coming up now. Sorry for the delay.
6  A. That's okay.
7  Q. {H3/183}.
8  A. Yes.
9  Q. It's a nice sunny picture --
10 A. Yes, it is.
11 Q. -- which is obviously welcome, and that's Mr Azima on
12   the left, isn't it?
13 A. It is, my Lord.
14 Q. And it's the Ruler in the middle, isn't it?
15 A. It is, my Lord.
16 Q. And it's the ambassador on the right, isn't it?
17 A. It is, my Lord.
18 Q. And it's right, isn't it, that Mr Azima in fact
19   introduced the Ruler to the ambassador?
20 A. I believe that's correct, my Lord.
21 Q. And can you go, please, in paragraph 12 of your witness
22   statement, Mr Handjani, at {D/15/3}?
23 A. Yes.
24 Q. You set out in that paragraph some helpful information
25   about some dealings you've had with Mr Azima over time,

178

1    don't you?
2  A. Correct, my Lord.
3  Q. And it would be fair to say, wouldn't it, that you were
4    on pretty friendly terms with Mr Azima in 2015?
5  A. That is correct, my Lord.
6  Q. And also into 2016?
7  A. We've never been on unfriendly terms.
8  Q. No, and in fact, in 2016, as you say in paragraph 16 of
9    your witness statement -- in fact it might be 2015 --
10   sorry, paragraph 16 of your witness statement at
11   {D/15/4} -- you give evidence that the Ruler wanted you
12   to keep open the channel of communication with
13   Mr Azima --
14 A. That is correct, my Lord.
15 Q. -- because you were on good terms with him?
16 A. That is correct, my Lord.
17 Q. Thank you, Mr Handjani.
18     Could I ask you, please, to go to paragraph 6 of
19   your witness statement at {D/15/2} --
20 A. Yes.
21 Q. -- where you say you got to know the Ruler well over the
22   years.
23 A. Yes, my Lord.
24 Q. If we look at 2015, would it be fair to say that your
25   visit to the Palace were becoming less frequent because

179

1    you were spending more time abroad?
2  A. That is correct, my Lord.
3  Q. And that perhaps some of the -- that you were no longer
4    as regular a visitor to the Palace as you had been
5    before?
6  A. That is a fair statement, my Lord.
7  Q. Can you tell roughly how often you would have visited
8    the Palace in 2015 to speak to the Ruler?
9  A. I can't recall, my Lord.
10 Q. What, intermittently or occasionally?
11 A. I think occasionally.
12 Q. And if you go, please, to -- are you aware of the
13   suggestion that within the Palace there is a place or
14   places where people are taken to be detained and
15   interrogated?
16 A. I became aware of that throughout the course of this
17   trial, my Lord.
18 Q. You didn't know about that before?
19 A. No, and I've been -- I've seen most of the Palace,
20   including the private residence. I know of no such
21   place, my Lord.
22 Q. Is it right that you have looked at all the parts in the
23   Palace? Have you inspected the Palace?
24 A. I have not inspected the Palace, my Lord, but I've --
25   some of the places that Mr Bustami had not been to, the

180

```
 1      private residence, other areas I've been to -- it's
 2      a pretty normal residence.
 3   Q. If we go to the Amnesty report -- you've been in court
 4      for that -- are you suggesting that the Amnesty -- where
 5      Amnesty records people being taken to the Palace and
 6      detained and interrogated, are you saying that that is
 7      false?
 8   A. No, I'm just saying I've -- what it suggests I've never
 9      seen and I've been around the Palace.  I've never seen
10      a holding area in the Palace.
11   Q. So how do you reconcile what you've just said with what
12      the Amnesty reports say, which you've been in court to
13      hear?
14   A. I'm not in a position to reconcile it, counsel.  I'm
15      just telling you what I've seen.
16   Q. And you're not in a position, are you, to say to
17      his Lordship that there is not any place within the
18      Palace where people have been taken to be detained and
19      interrogated?
20   A. To be precise, my Lord, I've never seen it, of such
21      a place.
22   Q. But it's unlikely that you would have seen it, isn't it,
23      Mr Handjani, given that you're not really meant to be
24      involved in criminal matters?
25   A. I have -- once again, my Lord, I've not seen such
```

                                  181

```
 1      a place.
 2   Q. But it would be unlikely that you would have any reason
 3      to be taken to those sorts of places, isn't it,
 4      Mr Handjani?
 5   A. I can't comment on that one way or the other, counsel.
 6   Q. Why would you be taken to a place in the Palace where
 7      people were detained for interrogation?
 8   A. I have never been taken to any such place, my Lord.
 9   Q. But why would you have any cause to be taken to that
10      sort of place?
11   A. I would have no cause.
12   Q. And, therefore, you're unlikely to have been taken to
13      that place to see it, aren't you?
14   A. You said -- I'm sorry, could you repeat the question?
15   Q. What I'm getting you to, I think, consider is, if you'd
16      have had no cause to go to a place where people may be
17      detained and questioned within the Palace, you'd have no
18      reason -- you wouldn't know, would you, whether there
19      was or wasn't such a place unless you'd carried
20      a comprehensive inspection of all parts of the Palace in
21      its broadest sense?
22   A. For the avoidance of doubt, I have not carried any
23      comprehensive inspection of the Palace.  If there is
24      such a place, I have not seen it.
25   Q. But you cannot say, can you, that there is not such
```

                                  182

```
 1      a place in the Palace?
 2   A. I cannot say.
 3   Q. Can I please ask you to go to {H7/299}?
 4   A. Yes.
 5   Q. You've been in court for the discussion, the
 6      consideration, of this document, Mr Handjani?
 7   A. I have, my Lord.
 8   Q. Had you seen this document before the trial started?
 9   A. Never, my Lord.
10   Q. And is it right, then, that you became aware of it for
11      the first time when you heard it mentioned in this
12      trial?
13   A. Correct, my Lord.
14   Q. And can his Lordship take it that you've never ever seen
15      a copy of this document before?
16   A. I have never seen this document before, my Lord, until
17      court.
18   Q. And does it follow that you were not aware of Mr Page's
19      work in providing reports such as this to the Ruler?
20   A. I had never met Mr Page, my Lord, until court a few days
21      ago.  I didn't know who he was.
22   Q. So the answer is "Yes" to my question, isn't it?
23   A. Could you repeat your question, please?
24   Q. You were not aware of Mr Page's work in providing
25      reports such as this to the Ruler?
```

                                  183

```
 1   A. I was not aware.
 2   Q. And you were not aware that Mr Page provided this report
 3      to Mr Buchanan for him to look at?
 4   A. I was not aware.
 5   Q. And you were not aware that Mr Page provided this report
 6      to Mr Gerrard -- that Mr Gerrard was also able on
 7      occasion to read these reports of Mr Page?
 8   A. That is correct.
 9   Q. Does it follow from those answers, Mr Handjani -- would
10      it be fair to say that it appears as if there was some
11      work undertaken by Mr Page for the Ruler in respect of
12      which Mr Buchanan and Mr Gerrard were privy but which
13      did not involve you?
14   A. That is correct, my Lord.
15   Q. Did you ever discuss with the Ruler the work of Mr Page?
16   A. Never, my Lord.
17   Q. Were you informed orally of any of Mr Page's work?
18   A. Never, my Lord.
19   Q. Would you go to {Day6/126:1} please?
20         The transcript -- can you see {Day6/126:1}?
21   A. I can, my Lord.
22   Q. And can you see -- you were in court, I think, when
23      Mr Page gave that evidence, weren't you?
24   A. I was, my Lord.
25   Q. And you can see what Mr Page there said about the
```

                                  184

**Page 185**

1 concern -- well, the evidence that there was about
2 a plot to destabilise the Ruler and RAK. Can you see
3 that?
4 A. I can, my Lord.
5 Q. This plot to destabilise RAK and the Ruler, is that
6 something that you were aware of in 2015 at any time?
7 A. I was not aware. What I was aware of, my Lord, was the
8 issue that we discussed in the colloquy a few minutes
9 ago about "other brother" in 2010. So I don't know
10 which brother he's referring to and what dispute he's
11 referring to here.
12 Q. If we go to {H7/299} again --
13 A. Yes.
14 Q. -- {H7/299} Mr Handjani -- sorry to make you go back to
15 this.
16 A. That's okay.
17 Q. It's that project report again of March 2015 --
18 A. Yes, I see it.
19 Q. -- which you've confirmed you didn't see and you've
20 confirmed to his Lordship that you had no knowledge of
21 its contents, I imagine?
22 A. I had no knowledge of its content or its author or the
23 work being done, my Lord.
24 Q. No. And you've been in court to hear consideration of
25 what this report says, haven't you?

**Page 186**

1 A. I have, my Lord.
2 Q. And you can see that it deals with an allegation that
3 Mr Azima is managing a team of advisers for Dr Massaad
4 to undertake some sort of campaign of spreading
5 allegations against RAK?
6 A. I have, my Lord.
7 Q. And your evidence is you were unaware of that in 2015?
8 A. I was unaware -- I was absolutely unaware of it. I do
9 recall Mr Azima talking to me about a PR campaign coming
10 down the track, if you will, if his issues were not
11 resolved with the Emirate. I don't know what this
12 refers to. It may refer to that or something else.
13 I don't know.
14 Q. But you were not ever made privy to the matters we see
15 being set out in this report?
16 A. Never, never, my Lord.
17 Q. If we go to {H7/299/16}, can you see what's there said
18 there?
19    "As we reported above ..."
20    Can you see that?
21 A. I can, my Lord.
22 Q. It's referring to, "... KM's US team has a ... plan to
23 smear RAK and its ruler with human rights allegations",
24 and it ends up by saying:
25    "The campaign is not public yet, so we will be able

**Page 187**

1 to gather intelligence on their progress in order to
2 monitor their activities and attempt to contain or ruin
3 their plans."
4    Does it follow, Mr Handjani, from your evidence this
5 afternoon, that you had no knowledge at any stage of
6 this putative intelligence-gathering that Mr Page is
7 here proposing?
8 A. For the avoidance of doubt again, once again, I had no
9 knowledge -- I had never met Mr Page. I had no
10 knowledge of the existence of this report or any of his
11 work. I met him in court for the first time a couple of
12 days ago.
13 Q. Therefore it follows, I think, that you didn't have any
14 awareness of -- you were not involved in any of
15 Mr Page's intelligence-gathering work?
16 A. None, my Lord.
17 Q. Nor in any of his monitoring of the activities of
18 people?
19 A. None, my Lord.
20 Q. And nor of his work in attempting to contain or ruin the
21 plans we see here?
22 A. None, my Lord.
23 Q. If we go, please, to {H7/267}, and do you think,
24 Mr Handjani -- it follows, doesn't it, that Mr Page and
25 the Ruler and Mr Buchanan and Mr Gerrard could have been

**Page 188**

1 involved in those sorts of matters without you --
2 MR TOMLINSON: My Lord, that's not a proper question. It's
3 a comment.
4 MR LORD: Did you discuss at any time in 2015 any of those
5 matters with anybody -- with the Ruler or Mr Buchanan or
6 Mr Gerrard?
7 A. Which matters, counsel?
8 Q. The intelligence-gathering on Mr Azima.
9 A. None, never.
10 Q. Intelligence-gathering of the sort --
11 A. Sorry, never in 2015, no.
12 Q. Intelligence-gathering of the sort that Mr Page is there
13 talking about in the report?
14 A. I think I've been unambiguous about this, counsel. I've
15 never seen the report. I had no idea of the content of
16 the report. I never met Mr Page until a few days ago.
17 The first time I saw this report was when you discussed
18 it in open court.
19 Q. And therefore it follows that you didn't discuss any of
20 those matters at any stage with the Ruler?
21 A. Which matters? In the report?
22 Q. The matters in the report.
23 A. No.
24 Q. Nor with Mr Buchanan?
25 A. No -- well, not the matters in the report, no.

**Page 189**

1  Q. And nor with Mr Gerrard?
2  A. That is correct.
3  Q. Would you go to {H7/267} please?
4  A. I have it up.
5  Q. Thank you very much. Again you've heard the exchanges
6     about these emails, haven't you, Mr Handjani?
7  A. At length, my Lord.
8  Q. Yes. And you know what I'm going to ask you: these
9     emails record the Ruler's apparent instruction to target
10    Mr Azima in early 2015, don't they, on their face?
11 A. Without context that's correct, my Lord.
12 Q. And you heard Mr Buchanan give evidence that he thought
13    one of the prompts for the Ruler's wanting to target
14    Mr Azima in 2015 was what the Ruler had understood
15    Mr Azima to be up to as revealed by Mr Page's March
16    project update.
17 A. In none of my discussions with the Ruler did Mr Page's
18    project update or Mr Buchanan's assertions at this time
19    ever come up, my Lord.
20 Q. Did they come up at some time Mr Handjani?
21 A. Many -- maybe a year and a half later.
22 Q. How did they come up then?
23 A. They came up when the information was on the internet on
24    Mr Azima and it was -- the work that he was doing, it
25    became public.

**Page 190**

1  Q. Mr Handjani, you've been in court for the trial, haven't
2     you?
3  A. Since day one, my Lord.
4  Q. And you've heard, haven't you, Mr Page's evidence?
5  A. I have, my Lord.
6  Q. And you've heard how he describes the
7     intelligence-gathering that he carried out for the
8     Ruler, haven't you?
9  A. I have, my Lord.
10 Q. And you've heard the evidence about the monthly updates
11    that Mr Page provided for the Ruler and Mr Buchanan and
12    on occasion Mr Gerrard?
13 A. I have, my Lord.
14 Q. And you've no reason to think that those matters and
15    that work didn't take place, have you?
16 A. I can't comment on the work of Mr Page, counsel.
17 Q. So can you explain to his Lordship -- can you explain
18    how it would come to pass, then -- how would it be that,
19    if these matters did take place, you never got any wind
20    of them, you never heard about them and you never
21    discussed them with the Ruler or anybody else? Can you
22    explain that? If you're one of the Ruler's -- if you
23    like, you're -- you know the Ruler, you go to the
24    Palace, you have some dealing with him, which you've
25    given evidence of, you know the sort of work that

**Page 191**

1     Mr Page was doing, which you've heard about, how do you
2     explain that you in fact allegedly didn't have any idea
3     of what Mr Page was in fact doing in 2015, Mr Handjani?
4  A. Well, it's not for me to explain. I can just tell you
5     I wasn't aware of it. The Ruler didn't discuss it with
6     me, neither did Mr Buchanan or Mr Page. I never met
7     Mr Page.
8  Q. Does it look from where you are now as if matters were
9     happening in relation to Mr Page's work that were
10    essentially kept from you?
11 A. Well, the Ruler has no fiduciary obligation to discuss
12    matters -- those matters with me. I am -- I was not his
13    employee. You've referred to me as his "confidant",
14    I think that's a bit of a stretch. He doesn't discuss
15    all matters with me. So, no, I don't find it unusual.
16 Q. So if we go to {H7/267}, which is this exchange of
17    emails --
18 A. Yes, I see them, my Lord.
19 Q. -- you responded to Mr Buchanan by saying:
20        "I'm not sure that's possible at the moment."
21        That's the targeting of Mr Azima.
22 A. I see it, my Lord.
23 Q. "I don't know what basis you would target him.
24    Thoughts?"
25        And Mr Buchanan summarised that. He summarised

**Page 192**

1     that -- and you were in court for this. I put to him --
2     I said this {Day2/124:14}:
3        "It's not saying, is it, that RAK will never go
4     after Mr Azima. It's really saying, "Now is not the
5     time because we have other irons in the fire, other
6     things are going on". That's what it's saying, isn't
7     it?"
8        And Mr Buchanan said:
9        "That is a fair interpretation of that sentence."
10 A. Yes, I don't think he was referring to this email and
11    that's not what I see here, my Lord.
12 Q. Yes, sorry, he's referring to 274 -- yes, you're quite
13    right. {H7/274}, you're quite right.
14 A. If you could put that email up, I'm happy to discuss it.
15 Q. Yes, {H7/274}. You're right, Mr Handjani. I apologise.
16 A. Yes.
17 Q. I think you're right, that was the email.
18    These were obviously your words, not Mr Buchanan's.
19    Do you agree with that assessment of what you were there
20    communicating?
21 A. No, I don't -- with Mr Buchanan's assessment?
22 Q. Yes.
23 A. No, I don't.
24 Q. So what were you saying there?
25 A. I was saying here that we should -- my belief at the

**Page 193**

    time was that we should be pursuing a negotiated
    settlement with Mr Azima, we have to see if his claim is
    valid, and going down a track that would lead to
    conflict with Mr Azima would not be in the best
    interests of the Emirate. And I knew at the time --
    I became aware at the time that the Emirate was involved
    in sort of massive uncovering of fraud of various
    ex-employees and I didn't think that we should mix that
    with Mr Azima's matter, and so -- and I -- I'm
    advocating here to -- my humble opinion is that we
    should not be fighting multiple fires at one time and we
    should give full weight and support to Mr Buchanan and
    Mr Bustami's negotiation with Mr Azima and I advised
    His Highness as much.
 Q. But the context was that -- the context was a wish to
    keep the dispute with Mr Azima under control given the
    bigger dispute with Dr Massaad.
 A. The context, counsel, was that the -- there's no --
    there was no dispute per se at this time with Mr Azima.
    He had called me, he had told me the Emirate owed him
    a large sum of money, and there was no basis to believe
    that the Emirate owed him such money, and I thought that
    we need to investigate that claim and you don't --
    you know, you don't throw the baby out with the bath
    water. You first -- you know, you first examine and see

**Page 194**

    what it is that Mr Azima is putting to us, what
    documents, what information he has to justify and merit
    his claim, and you see if you can negotiate a commercial
    settlement with Mr Azima. That's the context, counsel.
 Q. Can you go, please, to the Ruler's statement at
    {D/17/7}? Had you read the Ruler's statement,
    Mr Handjani, before this trial?
 A. I had not. I read it at trial, counsel.
 Q. You have read this statement?
 A. I have.
 Q. So you're familiar with what the Ruler says at
    paragraphs 22 to 24, are you?
 A. Not by memory. I'd have to see it.
 Q. Well, why don't you have a look at it now, then?
 A. Sure. 22 and 23?
 Q. Yes, and then 24, please.
 A. Okay. (Pause) Yes.
 Q. You see --
 A. I haven't seen 24 yet, so.
 Q. Okay, the next page {D/17/8}. (Pause)
 A. Yes, I have read them.
 Q. The Ruler is saying in paragraph 23 that he wanted
    information in particular about the role Mr Azima had
    played because he suspected him of being involved with
    Dr Massaad's criminal schemes.

**Page 195**

 A. Yes, I see that.
 Q. Is it your evidence to his Lordship that the Ruler
    didn't make you aware of those sentiments of his at the
    time?
 A. The Ruler at the time, my Lord, was, I think, in a state
    of shock at the level and the number -- the quantum of
    the fraud of Dr Massaad that was being alleged, and my
    understanding was Mr Azima came to know the Ruler and
    work in the Emirate through Dr Massaad. So I think he
    was maybe in his mind putting the two together.
 Q. That wasn't the question, Mr Handjani. I asked you
    whether you were made aware that these were the Ruler's
    thoughts at or around some time in early or mid-2015.
 A. I can't recall, counsel, what the Ruler's thoughts were
    then.
 Q. It's likely that you would have been made aware of
    those, Mr Handjani, isn't it, given your position
    vis-a-vis the Ruler?
 A. Not necessarily.
 Q. It's likely you would have been, though, isn't it?
 A. No, not necessarily. I didn't know about Mr Page and
    his work so why would I know what the Ruler's
    thoughts ...
 Q. Because when you see emails where Mr Buchanan says that
    the Ruler wants Mr Azima targeted and you and

**Page 196**

    Mr Buchanan and Mr Bustami have a brainstorming session
    to find out what you can do, I suggest that you would
    have discussed, on that occasion, the Ruler's concerns
    as he sets them out in paragraphs 22 to 24 of his
    statement {D/17/7-8}.
 A. I later became aware through those brainstorming
    sessions or meeting with Mr Buchanan and Mr Bustami.
 Q. So when was that, do you think? Some time in mid-2015?
 A. If I may, if you see on my emails back when they ask me,
    "Have you ..." -- you know, "Has the Ruler -- has he
    mentioned Mr Azima to you or targeting him?", and
    I said, "No, he hasn't". So the fact that I say I don't
    know what they are talking about is an indication that
    he hadn't mentioned that to me at the time.
 Q. Well, I suggest, Mr Handjani, that what it is also
    consistent with is you not telling Mr Buchanan and
    Mr Bustami of something that you knew from the Ruler.
    I suggest that that's probably what you were doing
    there. You were keeping from them, weren't you,
    something which was for your ears and not for
    Messrs Buchanan and Bustami, as you saw it then?
 A. No, that's not what I was doing, my Lord. They were
    closer to the matter than I was.
 Q. So you said that there did come a time, as a result of
    the brainstorming, when you did become aware of these

**Page 197**

1       concerns of the Ruler's; is that right?
2   A.  That is correct, my Lord.
3   Q.  And when was that, do you think, Mr Handjani?
4   A.  Somewhere around that time, my Lord.
5   Q.  Around what time? Can you give a date for the
6       transcript, please?
7   A.  I can't give a date. Somewhere around the first few
8       weeks of April 2015.
9   Q.  So you were aware at that stage of the Ruler's concerns
10      about Mr Azima's being caught up in or playing a part in
11      Dr Massaad's allegedly criminal activities?
12  A.  Around that time, yes.
13  Q.  That would be something, I imagine, Mr Handjani, that
14      the Ruler would have been very exercised about?
15  A.  I would agree.
16  Q.  The fact that Mr Azima had seemingly helped Dr Massaad
17      in his criminal activities would have been a cause of
18      serious concern to the Ruler, wouldn't it?
19  A.  Well, there wasn't an allegation at the time that -- or
20      a charge at the time that he had helped Dr Massaad.
21      There was only suspicion that he had helped Dr Massaad.
22  Q.  It's likely, isn't it, that if the Ruler was concerned
23      in that way and he was indicating he wanted Mr Azima
24      targeted, that there would be some investigation or
25      action taken by those answerable to the Ruler in order

**Page 198**

1       to implement his wishes?
2   A.  I wouldn't know, my Lord. I was not part of any
3       investigation.
4   Q.  It's likely, isn't it -- why, then, were you privy to
5       a discussion with Mr Buchanan and Mr Bustami about how
6       the Ruler's instruction to target Mr Azima might be
7       implemented? Why were you even involved in that?
8   A.  That's a very good question, counsel. It was Mr Azima
9       who reached out to me, and I relayed a message to the
10      Ruler, my Lord. I did not insert myself, nor did
11      the Ruler insert me, first into this position of being
12      interlocutor. It was Mr Azima who reached out to me,
13      and that's consistent with my statement.
14  Q.  But there came a time in early April 2015, Mr Handjani,
15      when you obviously were privy to a discussion with
16      Mr Bustami and Mr Buchanan about how the Ruler's wish to
17      target Mr Azima might be based, weren't you?
18  A.  That's correct, my Lord.
19  Q.  And that was around about April 2015?
20  A.  Some time in that month, my Lord, yes.
21  Q.  And I'm suggesting that you, as a good and loyal subject
22      of the Ruler --
23  A.  I am not a subject of the Ruler, my Lord.
24  Q.  Well, you would have sought -- the point I'm putting to
25      you is, can you give any evidence as to what, if

**Page 199**

1       anything, was done pursuant to the Ruler's admitted
2       desire for information about Azima? Something must have
3       been done, Mr Handjani. What was it?
4   A.  Well, you have the email trail, counsel, from me and you
5       have my statement, and you know very well that what took
6       place was we looked into Mr Azima's claims. No charges
7       were brought against Mr Azima, either civilly or
8       criminally. We looked at his claims. I introduced
9       Mr Azima to Mr Buchanan because he was the executive in
10      charge of looking after the various commercial matters
11      at that time in the Emirate and I did that so he could
12      enter into a negotiation with Mr Azima to see if his
13      claims were justified. And I think they were -- both
14      sides were successful in that negotiation so in fact
15      nothing happened with Mr Azima.
16  Q.  And if, in fact, the Ruler's information-gathering
17      instruction led to Mr Page going off to gather
18      intelligence and monitoring Mr Azima, that's not
19      something that you can give any evidence about, can you,
20      because you weren't involved in it?
21  A.  That is correct, my Lord. The extent of my involvement,
22      counsel, as you know, because you've seen the emails,
23      was right here in 2015 and 2016.
24  Q.  Nor would you be in any position to say that Mr Page did
25      not in fact carry out investigative work for the Ruler

**Page 200**

1       at that time?
2   A.  I can't comment on any work Mr Page has done, my Lord.
3   Q.  If we go to {H7/464}, please.
4   A.  Yes, I see it.
5   Q.  I know you're familiar with these emails. They're
6       in July --
7   A.  I am, my Lord.
8   Q.  This is an exchange between you and Mr Buchanan,
9       isn't it, at that time?
10  A.  Yes.
11  Q.  At the foot of the page Mr Buchanan has kicked off this
12      chain to you as follows:
13          "NB [that's Mr Bustami] says the Boss wants criminal
14      stuff taken out of letter and to go after FA -- subject
15      to guidance from AF.
16          "Nothing else new from NB -- will speak to AF
17      tomorrow and fill you in."
18          Was Mr Buchanan in the habit of filling you in on
19      these sorts of matters, Mr Handjani?
20  A.  What sort of matters, counsel?
21  Q.  Well, the point he's discussing in this email. You were
22      there; I wasn't there.
23  A.  I can't really recall this email, counsel. This is five
24      years ago now. I've looked at it a number of times.
25      There was -- there were two issues going in parallel.

**Page 201**

1  There was the issue of Dr Massaad, my Lord; there was
2  the issue of looking at Mr Azima's claims. I don't know
3  what letter he's talking about here, "criminal stuff
4  taken out". I don't really believe there was ever
5  a letter presented to Mr Azima where criminal stuff was
6  put in. So it could have been Mr Massaad, it could be
7  somebody else. I just don't know.
8      I can confirm that "subject to guidance of AF" is
9  Andrew Frank and "nothing else new from NB" is
10 Naser Bustami.
11 Q. And when you responded "Talking to the boss now", that's
12 a reference to the Ruler, isn't it, Mr --
13 A. It is, my Lord.
14 Q. "He wants me to respond to the little guy ..."
15     That's a reference to Mr Azima, isn't it?
16 A. Yes, and I apologise to him for that reference. I don't
17 know where that comes from and it's not language that
18 I typically use.
19 Q. It's a somewhat derogatory way of describing him, isn't
20 it?
21 A. I think that's fair to say.
22 Q. So might that reflect perhaps a little two-facedness on
23 your part in relation to Mr Azima around about this
24 time?
25 A. No, I don't think so.

**Page 202**

1  Q. You know what I mean by that, that you were on the
2  surface friendly with him, but actually privately you
3  held a rather lower view of him; would that be fair?
4  A. No, that would be unfair. This is an off-hand email,
5  so -- people say things on off-hand emails sometimes
6  that are a little loose.
7  Q. But you're saying there, "[The boss] wants you to
8  respond to [Mr Azima] in an email and to coordinate with
9  you". So you were talking to the Ruler in the context
10 of the Ruler's wish to go after Mr Azima; that's right,
11 isn't it?
12 A. No, that's incorrect.
13 Q. Right.
14 A. The entire -- at this time, my Lord, the entire thrust
15 of what I believe was going on in my involvement was to
16 substantiate the validity of Mr Azima's monetary claim.
17 It came out of the sky. It came to me first. I relayed
18 that to the Ruler. In subsequent conversations the
19 quantum went down very quickly. I only understood now,
20 in court the last week, that there were various
21 components of that claim, so it went from 8 to 5 to 3 to
22 2.6, which was the settlement, and that was top of mind
23 at this time. There was no attempt by me or, I believe,
24 Mr Buchanan or Mr Bustami to attack or coordinate any
25 sort of campaign against Mr Azima. We simply wanted to

**Page 203**

1  substantiate the quantum of his claim and enter into
2  a negotiation with him, which we did.
3  Q. So what do you understand by the Ruler wanting to go
4  after Mr Azima at this time? What was prompting
5  the Ruler to want to go after Mr Azima?
6  A. I think he wanted to -- as I said, my Lord, he wanted to
7  understand if Mr Azima was connected to the frauds of
8  Dr Massaad because he came to know the Ruler through
9  Dr Massaad, and it was around the same time that the
10 frauds of Dr Massaad had come up and Mr Azima called and
11 asked for $8 million and said that, if this matter
12 wasn't settled, that there would be blitzkrieg campaign
13 against Ras Al Khaimah. I think that would be
14 unsettling for anyone to hear, my Lord.
15 Q. Mr Handjani, isn't this the true position around about
16 July 2015? The Ruler, through Mr Page, understood that
17 Dr Massaad was planning potentially some sort of smear
18 campaign against the Ruler and RAK?
19 A. Well, I don't know what he had heard from Mr Page,
20 my Lord. He had heard that from me because Mr Azima had
21 relayed that to me in various phone calls at that time.
22 Q. In the middle of 2015?
23 A. The first phone call he had said to me that if his
24 matter wasn't settled, you know, bad things would be
25 happening, a campaign was coming. Then, as time went

**Page 204**

1  by, he mentioned that -- and I don't remember if it was
2  in June or July or August -- that, you know, Mr Massaad
3  was -- the word that kept coming up was "blitzkrieg".
4  Now, I did not know what that term was because I'm not
5  European. I know what a blitz is and so that's --
6  I think that unsettled the Ruler, to hear that
7  a blitzkrieg was coming his way.
8  Q. Mr Handjani, it's right, isn't it, that certainly by the
9  middle of 2015 it had appeared to the Ruler -- two
10 things: that Dr Massaad may have been involved in a very
11 significant criminal fraud at effectively RAK's expense,
12 allegedly?
13 A. Allegedly, yes.
14 Q. And, secondly, that the same Dr Massaad was threatening
15 or planning some sort of smear campaign against
16 the Ruler and RAK?
17 A. Yes, I would say that's correct, my Lord.
18 Q. And I suggest, Mr Handjani, that the truth here is that
19 those two things were always connected, weren't they, as
20 far as the Ruler and you and those at RAK were
21 concerned -- weren't they, Mr Handjani? They were
22 always part of the same -- they were part of the same
23 overarching battle with Dr Massaad, weren't they,
24 Mr Handjani?
25 A. My Lord, I had no battle with Dr Massaad. I was not

**Page 205**

1. involved in any of the investigatory work involving
2. Dr Massaad. I became involved in this matter because
3. Mr Azima called me and asked me to relay a message to
4. the Ruler, my Lord, and that's how I became involved in
5. this matter. And the Ruler, His Highness, saw me as an
6. interlocutor between myself and Mr Azima and that is it.
7. I can't comment on who knew what, when, what was in the
8. mind, because that is not what I'm here for, my Lord.
9. Q. So by the middle of 2015 or thereabouts, I think you've
10. said that you did know by that stage of the Ruler's
11. concerns in that witness statement.
12. A. Yes, I -- that is correct, my Lord.
13. Q. In other words, the Ruler thought that Mr Azima had
14. helped Dr Massaad in his big criminal scheme?
15. A. There was a question as to whether it was. There was
16. nothing in my mind -- to my mind, rather -- that --
17. Q. The Ruler suspected that -- you were aware of
18. the Ruler's suspicion?
19. A. There was a suspicion because of the quantum of the
20. claim Mr Azima was making, which came out of the sky,
21. that -- we had no paperwork, we had no nothing at the
22. time to substantiate -- that he may have been involved
23. with Dr Massaad, counsel.
24. Q. And also, certainly by around the middle of 2015, as
25. you've just said, you were aware of a threatened

**Page 206**

1. campaign being mounted by or on behalf of Dr Massaad
2. against RAK and the Ruler?
3. A. From Mr Azima, my Lord.
4. Q. But you were aware of that?
5. A. From Mr Azima, my Lord.
6. Q. I know you say it wasn't from Mr Page, but --
7. A. I've never met Mr Page, my Lord, until court and I had
8. no idea of his work, my Lord.
9. Q. So just follow it so far. So by middle of 2015 you,
10. Mr Handjani, were aware of both those aspects of concern
11. to the Ruler, weren't you?
12. A. From Mr Azima, my Lord.
13. Q. The answer is "Yes"?
14. A. Yes.
15. Q. So you were aware both of the Ruler's concern about
16. Mr Azima's part in the fraud and you were aware about
17. the potential campaign by Massaad against the Ruler and
18. RAK?
19. A. That is correct, my Lord.
20. Q. And I suggest to you, Mr Handjani, that those two
21. aspects were not separate, but they were connected,
22. weren't they, Mr Handjani?
23. A. I'm not following, counsel.
24. Q. Well, it's right, isn't it -- I'll put it a different
25. way, Mr Handjani. It's not the case, is it, that as far

**Page 207**

1. as RAK and RAKIA was concerned in relation to Mr Azima
2. and Dr Massaad, that they saw the fraud, the money bit,
3. as separate from the smear campaign because they thought
4. that the smear campaign was part of the tactic of
5. Massaad in that struggle about the assets? In other
6. words, it's all part of the same overall dispute,
7. isn't it, Mr Handjani?
8. A. Quite the contrary, my Lord. Mr Azima's claim was being
9. looked at separately -- of the quantum -- to justify if
10. that claim had merit. Mr Azima, in subsequent
11. discussions with me and from Mr Buchanan, as his
12. testimony and he has said, would mention that if --
13. there would actually be two buckets, if you will. One
14. is, if his claim wasn't settled, it would be not good
15. for the Emirate and not good things would happen; and
16. also, if Mr Massaad's matters were not settled,
17. negotiated -- came to a negotiated settlement, it would
18. be very bad for the Emirate as well. I actually believe
19. Mr Azima was advocating for Dr Massaad in 2015.
20. Q. You see, I suggest, Mr Handjani, that you're not being
21. entirely straightforward about --
22. A. Oh no, I'm being very straightforward, counsel.
23. Q. -- because I suggest to you that if you look at it from
24. RAK's point of view, they think -- the Ruler thinks and
25. RAK thinks that Dr Massaad may have committed a great

**Page 208**

1. fraud against them and then they learn that the same
2. Dr Massaad from abroad somewhere is plotting some
3. destabilising campaign against RAK and the Government
4. and the Ruler, and at that point they're going to think,
5. "Well, we've got to sort out -- this Dr Massaad, that's
6. a real problem for us, isn't it?" That's the sort of
7. natural reaction, isn't it, if you're working for RAK?
8. A. I was not -- first of all, counsel, to be clear, I was
9. not working for RAK, my Lord.
10. Q. Hypothetically, that would be a concern.
11. A. I can't answer hypotheticals, but I can tell you that
12. Mr Azima's role -- Mr Azima came up on the radar to me
13. because he wanted -- he claimed he was owed $8 million.
14. I relayed that message. Subsequently, not only was he
15. discussing the quantum of the $8 million he was owed and
16. it would not be good for us if that claim wasn't
17. settled, he also discussed that, if Mr Massaad's issues
18. were not resolved in an appropriate manner, in
19. a commercial manner, that a blitzkrieg and a negative PR
20. campaign would be coming our way. And that was
21. a consistent message that Mr Azima relayed to me, so
22. much so, my Lord, that I did not want to be involved in
23. this matter because things were getting to the point
24. where I didn't like relaying messages back and forth
25. about negative PR. Unfortunately negative PR, my Lord,

**Page 209**

1     did come and this is for this precise reason.
2  Q. What you're talking about now all happened in 2016,
3     didn't it, Mr Handjani?
4  A. 2015 and 2016, my Lord.
5  Q. No, you see, I think, Mr Handjani, the problem is that
6     you're running on too fast in the story. I want you to
7     look at the second half of 2015, please, and I'm
8     suggesting to you that by that point in time those
9     acting for and on behalf of RAK and RAKIA and the Ruler
10    would have understood there to be two issues, two
11    aspects of Dr Massaad's threat. One was the financial
12    aspect that he'd taken their money by fraud and the
13    other was he was threatening a campaign which they would
14    have seen as an attempt by him to hang on to that money
15    and to keep them at bay.
16 A. Counsel, I can't --
17 Q. Would that be a fair assessment of what was happening
18    there, Mr Handjani?
19 A. I can't possibly comment on what RAK's position of
20    Dr Massaad was. I'm here to answer questions about
21    Mr Azima and this claim. I don't know what RAK's state
22    of mind in 2015 was, counsel, to Dr Massaad.
23 Q. Do you agree if you put yourself in the position of
24    the --
25 MR TOMLINSON: My Lord, this has gone on too long. It's

**Page 210**

1     purely -- he can ask this witness what this witness knew
2     or thought, but he can't ask this witness to hypothesise
3     about what other people thought about matters in 2015.
4     It's constantly put on a hypothetical basis.
5  JUDGE LENON: I agree. I don't find those questions very
6     helpful.
7  MR LORD: Well, I'll move on.
8       There's no evidence, is there, Mr Handjani, after
9     the July 2015 exchanges that you had with Mr Buchanan --
10    there's no evidence of the Ruler changing his
11    instruction or withdrawing his instruction to go after
12    Mr Azima?
13 A. Well, counsel, I would quibble with you. My Lord, those
14    instructions are not how you have framed them and
15    secondly there is evidence. The evidence is that we
16    entered into a commercial settlement with -- and
17    negotiation with Mr Azima. Mr Buchanan led that
18    settlement -- those settlement discussions, and they
19    took quite some time and they were pretty arduous, and
20    they came to what I thought was a -- what I've come to
21    know now is a very fair and balanced settlement.
22 Q. Mr Handjani, you weren't involved in those matters, were
23    you?
24 A. Tangentially, my Lord.
25 Q. So how were you involved in those matters, then?

**Page 211**

1     Because the thing that puzzles is how you were involved
2     in those matters but not as aware of some of the other
3     things that were going on in RAK at the time. So can
4     you say how were you involved in the settlement
5     agreement?
6  A. Occasionally, my Lord, Mr Azima would call me and
7     I would relay messages to His Highness and I would get
8     an update on where things were and I would relay that
9     back to Mr Azima. And I was always, have been, in
10    favour of a commercial settlement with him, and I was --
11    when the settlement actually happened, he called me and
12    he thanked me, my Lord.
13 Q. You weren't involved, were you, with any of
14    Mr Buchanan's investigation into Mr Azima's claim, were
15    you?
16 A. I was not, my Lord.
17 Q. At all?
18 A. I was not, my Lord.
19 Q. And you weren't involved, were you, with any of the
20    internal consideration within RAK or RAKIA as to whether
21    to enter into that agreement with Mr Azima or not --
22    were you?
23 A. No, but I was advocating for it, my Lord.
24 Q. But you weren't involved in the machinations of
25    Mr Buchanan and Mr Gerrard, were you?

**Page 212**

1  A. I was not, my Lord.
2  Q. And nor with their thinking on that topic with anybody
3     else within RAK or RAKIA, were you?
4  A. I'm sorry, could you repeat the question, counsel?
5  Q. You weren't involved at all with any RAK or RAKIA
6     consideration of whether to enter into a settlement with
7     Mr Azima?
8  A. No, I believe I was because that's what I was advocating
9     for, my Lord.
10 Q. But apart from a sort of general sort of advocacy for
11    a settlement with Azima, you weren't involved in any of
12    the analysis on the RAKIA side of things as to whether
13    that was a good idea and, if so, on what terms?
14 A. That's a fair statement, counsel.
15 Q. And that was left effectively to the Ruler and
16    Mr Buchanan and possibly Mr Gerrard, wasn't it?
17 A. Also a fair statement, my Lord.
18 MR LORD: Would that be a convenient point, my Lord?
19 JUDGE LENON: How much longer do you --
20 MR LORD: Probably about half an hour, I think.
21 A. I can keep going if you want, my Lord.
22 JUDGE LENON: We'll call it a day now, thank you. You
23    appreciate you mustn't talk about your evidence with
24    anyone, Mr Handjani.
25 A. Of course, my Lord, I understand.

1  (4.30 pm)
2  (The hearing adjourned until 10.30 am on Friday,
3  31 January 2020)

213

## INDEX

| | PAGE |
|---|---|
| MR DAVID JAMES KING (affirmed) | 1 |
|    Examination-in-chief by MR TOMLINSON | 1 |
|    Cross-examination by MR LORD | 2 |
|    Re-examination by MR TOMLINSON | 49 |
| MR NICHOLAS PAUL DEL ROSSO (affirmed) | 53 |
|    Examination-in-chief by MR TOMLINSON | 53 |
|    Cross-examination by MR LORD | 55 |
| MR NASER AL BUSTAMI (affirmed) | 101 |
|    Examination-in-chief by MR TOMLINSON | 101 |
|    Cross-examination by MR LORD | 102 |
| MR AMIR HANDJANI (affirmed) | 165 |
|    Examination-in-chief by MR TOMLINSON | 165 |
|    Cross-examination by MR LORD | 166 |

214

215