IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* Application Pursuant to 28 U.S.C.§ 1782 of<br><br>FARHAD AZIMA<br><br>   Petitioner,<br><br>v.<br><br>AMIR HANDJANI<br><br>   Respondent. | No. 21 mc-00501-PGG |

**DECLARATION IN SUPPORT OF PETITIONER'S MOTION TO FILE SUPPLEMENTAL MATERIALS IN SUPPORT OF <u>APPLICATION FOR ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782</u>**

I, Dominic Holden, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury the following:

1. I am a partner in Burlingtons Legal LLP, an English law firm that represents Farhad Azima in pending litigation in London. That case is *Farhad Azima -v- Ras Al Khaimah Investment Authority ("RAKIA"), Stuart Page, Neil Gerrard, Dechert LLP and James Buchanan* – HC-2016-002798 (Business and Property Courts of England and Wales) (the "English Proceedings").

2. I submit this declaration ("the Declaration") in support of Petitioner's Motion to File Supplemental Materials in Support of Application for Order to Take Discovery Pursuant to 28 U.S.C. § 1782.

3. I attach hereto as Exhibit 1 a true and correct copy of Mr. Azima's Grounds of the Proposed Appellant's Application to Rely on New Evidence filed in the Supreme Court of the United Kingdom in *Farhad Azima v. Ras Al Khaimah Investment Authority*, UKSC Ref No: 2021/0084.

DocuSign Envelope ID: 85EE3E4B-DA55-454A-B8B2-8C8F18846872
Case 1:21-mc-00501-PGG   Document 18-1   Filed 01/12/22   Page 2 of 2

2

4. I attach hereto as Exhibit 2 a true and correct copy of an affidavit of Stuart Page filed in support of Mr. Azima's Application to Rely on New Evidence.

5. I attach hereto as Exhibit 3 a true and correct copy of a list of telephone used by Neil Gerrard and others. This list was filed in *Karam Salah Al Din Awni Al Sadeq v. Dechert LLP, Neil Gerrard, David Hughes, and Caroline Black*, Claim No.: QB-2020-003142.

Executed on 12th day of January, 2021.

*Dominic Holden*

_____

Dominic Holden