**Exhibit 2A**

RAK0001082

## **RAK Project Update**

**Executive Summary**:

**Redacted as confidential and irrelevant**

ASI 36 0

RAK0001082

> # Redacted as confidential and irrelevant

**In the US,** KM's hired a team of advisors managed by Farhad Azima (FA) in order to spread allegations against our client. The main allegations against the client are on human rights issues and in particular the allegation that RAK uses a dedicated facility in RAK where it imprisons and torture political opponents.

FA, who might also be responsible for paying the US team, handles all KM's activities in the US. KM's lawyer in the US, **Kirby D. Behre**, hired a consultant, who is a former WSJ reporter, named **Christopher Cooper**, who due to his good contacts. Cooper approached a British reporter named **Simon Goodly** of **The Guardian** and briefed him on the RAK torture allegations, in order to raise public opinion against RAK and to harness international civil rights organizations to the subject.

According to our source, FA also hired a private investigator from Northern Virginia name 'Joseph Aboud', an American – Egyptian who seems to have SIGINT capabilities, and probably managed to get access to the client's Email traffic. We couldn't verify until now the identity and capabilities of Aboud, but we are working on it.

Our sources have reported that KM's team suspects that they have an information leak since they noticed some of RAK's actions in the last few months. They believe that the client is having someone monitor their activities either electronically or in other methods.

**ASI** 37₁

RAK00091082

## KM efforts against the client

### FA and the US Advisory Team

In continuation to our previous report, we were informed by several new sources that FA is managing KM's efforts in the US and perhaps even paying their bills.

At the moment, KM's strategy in the US is to spread human rights violations allegations against the client. In particular the allegations focus on the notion that RAK uses a dedicated facility in RAK where it imprisons and torture political opponents. According to KM, the main figure assisting our client to cover this alleged activity is **Niel Gerard**, a partner in **Dechert LLP** (London) law firm. Additionally, KM claims that the reach of RAK's No. 1 is also away from RAK, claiming that the client recently got a Jon Doe locked up in the Republic of Georgia upon his request.

According to our sources KM's US lawyer, **Kirby D. Behre**[1] (US first tier commercial litigator from Washington D.C.), hired a consultant named **Christopher Cooper**,[2] formerly a reporter for the WSJ and currently the owner of '**Potomac Square Group**',[3] an independent consultancy that provides public affairs and government relations counsel.



*Christopher Cooper*

---

[1] http://www.millerchevalier.com/OurPeople/KirbyDBehre - Behre, in the professional level, is a leading litigator deals mainly with white collar investigations, represents companies and individuals in complex business litigation, government and internal investigations, criminal prosecutions and regulatory matters worldwide.

[2] https://www.linkedin.com/pub/christopher-cooper/18/525/559

[3] https://bahrainwatch.org/pr/potomac-square-group.php

March 26, 2015 Page 3

AS 382

RAK0001082

Cooper, due to his good contacts, has approached a British reporter named **Simon Goodly** who works for **The Guardian** and briefed him on the RAK torture allegations, in order to raise public opinion against RAK and to harness international civil rights organizations to the subject.



*Simon Goodly*

Goodly showed interest in the subject, although the story does not have at this point any evidence but only hearsay and testimonies. One of the main testimonies they rely upon was given by the wife of a person who is allegedly jailed in RAK named Karam (it is probably **Karam Al Sadeq**, who was RAKIA's in-house counsel and is in for almost a year)[4].

In addition, Christopher Cooper is already in touch with several organizations such as Amnesty and others that allegedly already showed interest in the subject. The KM team main angle is that RAK's uses Niel Gerard[5] to cover up the alleged torture activities. According to our sources, Goodly set a meeting with Gerard, but the later canceled in the last minute.

Both FA and KM are concerned regarding several arrests made by the RAK authorities. They are looking to check for INTEROL's red notice against people in KM's inner cycle.

Moreover, it is apparent that FA has hired an investigator from Northern Virginia name '**Joseph Aboud**', an American – Egyptian who seems to have SIGINT capabilities, and probably managed to get access to the client's Email traffic.

KM's team suspects that they have an information leak. They are afraid that the client is well aware regarding their activities.

## Redacted as confidential and irrelevant

---

[4] http://www.zoominfo.com/p/Karam-Al%20Sadeq/1930560353
[5] http://www.dechert.com/neil_gerrard/

March 26, 2015                                                                 Page 4

AS 39 3

BAK0001082



**Redacted as confidential and irrelevant**

RAK0001082



**Redacted as confidential and irrelevant**

ASI 415

BAK0001082



**Redacted as confidential and irrelevant**

March 26, 2015

Page 7

ASI 42 6



Redacted as confidential and irrelevant

March 26, 2015

Page 8

RAK0001082

ASI 437

RAK0001082



**Redacted as confidential and irrelevant**

March 26, 2015                                                  Page 9

ASI 44 B

RAK0001082



Redacted as confidential and irrelevant

ASI 45 9

RAK0001082



**Redacted as confidential and irrelevant**

ASI 46 0

RAK0001082

**Redacted as confidential and irrelevant**

ASI 47 1

RAK0001082



**Redacted as confidential and irrelevant**

ASI 48₂



Redacted as confidential and irrelevant

March 26, 2015

Page 14

ASI 49 3

RAK0001082



**Redacted as confidential and irrelevant**

March 26, 2015

Page 15

ASI 50 4

### Summary, Conclusion and Queries

**Redacted as confidential and irrelevant**

As we reported above, KM's US team has a certain plan to smear RAK and its ruler with human right allegations. As far as we know, at this point, they do not have any evidence to back up these allegations, but they started gathering information for a campaign, based on hearsay and testimonies, and started searching for a platform to make it public. The campaign is not public yet, so we will be able to gather intelligence on their progress in order to monitor their activities and attempt to contain or ruin their plans.

**Redacted as confidential and irrelevant**

March 26, 2015

Page 16

ASI 51 5

RAK0001082



**Redacted as confidential and irrelevant**

March 26, 2015

Page 17

ASl 52 6

From:       Jignesh Shah <jignesh.shah@apexcouriers.co.uk>
Sent:       21 April 2016 14:10
To:         Caroline Timberlake
Subject:    Re: Bike to Dechert LLP

Hi Caroline

That's all booked in for you.

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427

<u>Click here to follow us on Linkedin</u>



This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.


On 21 April 2016 at 14:02 Caroline Timberlake wrote:

Howdo Jignesh, need another bike to Decherts this afternoon please:


Pick up:          Page Group Ltd, 1 Catherine Place, 2nd Floor, SW1E 6DX


Deliver to:       Neil Gerrard, 160 Queen Victoria Street, EC4V 4QQ – tel: +44 20 7184 7527 Direct / +44 20 7184 7000 Main


Cheers

C


**From:** Jignesh Shah [mailto:jignesh.shah@apexcouriers.co.uk]
**Sent:** 14 April 2016 11:56
**To:** Caroline Timberlake
**Subject:** RE: Bike to Dechert LLP


Hi Caroline

I am pleased to confirm this was delivered at 1127 and signed for by 'POST JUNIOR'

53

Great to have you on board.

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427

Click here to follow us on Linkedin



This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.

On 14 April 2016 at 11:02 Caroline Timberlake <CTimberlake@pagegroupltd.com> wrote:

Many thanks Jignesh, bike already been and picked up.

Cheers

C

**From:** Jignesh Shah [mailto:jignesh.shah@apexcouriers.co.uk]
**Sent:** 14 April 2016 10:51
**To:** Caroline Timberlake <CTimberlake@pagegroupltd.com>
**Subject:** Bike to Dechert LLP

Hi Caroline

I am pleased to confirm your bike is booked in and your document should be collected in the next 90 minutes.

This will be £15 all in.

Thank you for choosing Apex.

54

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427

Click here to follow us on Linkedin



This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.

55

From:        Jignesh Shah <jignesh.shah@apexcouriers.co.uk>
Sent:        10 May 2016 11:04
To:          Caroline Timberlake
Subject:     Re: Bike to Dechert LLP

Hi Caroline

I am well.  Hope you are too.

Bike should be with you in 30 next minutes.

Thank you for choosing Apex!

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427

Click here to follow us on Linkedin



This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.

On 10 May 2016 at 10:59 Caroline Timberlake wrote:

Howdo Jignesh, need another bike to Decherts today please:

Pick up:        Page Group Ltd, 1 Catherine Place, 2nd Floor, SW1E 6DX

Deliver to:     Neil Gerrard, 160 Queen Victoria Street, EC4V 4QQ – tel: +44 20 7184 7527 Direct / +44 20 7184 7000 Main

Many thanks.

Cheers

C

From:      Jignesh Shah <jignesh.shah@apexcouriers.co.uk>
Sent:      05 July 2016 11:56
To:        Caroline Timberlake
Subject:   Re: Brussels and UK same day please

---

Hi Caroline

The bike is booked in for you.  Email you the label for Belgium very shortly.

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427

<u>Click here to follow us on Linkedin</u>



This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.


On 05 July 2016 at 11:47 Caroline Timberlake wrote:

Howdo Jignesh, hope alls well.  I have been away for a couple of weeks enjoying myself in the US of A (very glad I wasn't around for the EU referendum crap!!).  Please see below, one for Brussels and one for Decherts for this afternoon please.


Many thanks.

Kind regards,

Caroline


A4 Envelope 1kg to:


European External Action Service,

Field Security Division – MDR B1 (EEAS CORT 02/515),

For the attention of Mr Peter Cavendish,

9A Rond Point Schuman,

1046 Brussels

57

Belgium

Ref:  May June Inv

Tel +3225843203

And same day to the usual place please:

Pick up:        Page Group Ltd, 1 Catherine Place, 2nd Floor, SW1E 6DX

Deliver to:     Neil Gerrard, 160 Queen Victoria Street, EC4V 4QQ – tel: +44 20 7184 7527 Direct / +44 20 7184 7000 Main

Many thanks.

Cheers

C

From:       Jignesh Shah <jignesh.shah@apexcouriers.co.uk>
Sent:       16 September 2016 11:51
To:         Caroline Timberlake
Subject:    Re: London pick up and delivery asap

Hi Caroline

No worries.  Should be with you in the next hour.

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427

Click here to follow us on Linkedin



This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.


On 16 September 2016 at 11:42 Caroline Timberlake wrote:

Howdo Jignesh,

Need pick up and delivery in London asap if possible

Pick up:  1 Catherine Place, 2nd Floor, SW1E 6DX

Delivery 1:  A4 envelope; 1kg

Neil Gerrard
Partner

Dechert LLP
+44 20 7184 7672 Direct
+44 7506 910 526 Mobile

Cheers

C

59

| | |
|---|---|
| From: | Jignesh Shah <jignesh.shah@apexcouriers.co.uk> |
| Sent: | 21 September 2016 13:31 |
| To: | Caroline Timberlake |
| Cc: | customer.services@apexcouriers.co.uk |
| Subject: | Re: London pick up and delivery asap |

Thanks, Caroline.

A rider should be with you in 60 mins.

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427



**APEX**

I am running this year's Royal Parks Half Marathon for World Child Cancer.  My fundraising pledge could pay for a life-saving dose of chemotherapy for 7 children with cancer in Ghana. To donate, please visit my fundraising page here.

This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.


On 21 September 2016 at 13:22 Caroline Timberlake wrote:


Howdo Jignesh/Shane

Need pick up and delivery in London asap:

Pick up:  1 Catherine Place, 2nd Floor, SW1E 6DX

Delivery 1:  A4 envelope; 1kg

Neil Gerrard
Partner

Decherts

160 Queen Victoria Street

London EC4V 4QQ
Dechert LLP
+44 20 7184 7672 Direct
+44 7506 910 526 Mobile

Many thanks.

Cheers

C

60

| | |
|---|---|
| From: | Jignesh Shah <jignesh.shah@apexcouriers.co.uk> |
| Sent: | 27 September 2016 15:10 |
| To: | Caroline Timberlake |
| Subject: | Re: London pick up and delivery asap |

Hi Caroline

This is booked in for you. Collection within 60 minutes.

Kind Regards

Jignesh Shah
0207 041 9427

On 27 Sep 2016, at 15:02, Caroline Timberlake <CTimberlake@pagegroupltd.com> wrote:

Howdo Jignesh/Shane

Need pick up and delivery in London before 5pm please

Pick up:  1 Catherine Place, 2nd Floor, SW1E 6DX

Delivery 1:  A4 envelope; 1kg

Neil Gerrard
Partner

Decherts

160 Queen Victoria Street

London EC4V 4QQ
Dechert LLP
+44 20 7184 7672 Direct
+44 7506 910 526 Mobile

Many thanks.

Cheers

C

61

| | |
|---|---|
| From: | Jignesh Shah <jignesh.shah@apexcouriers.co.uk> |
| Sent: | 10 October 2016 13:41 |
| To: | Caroline Timberlake |
| Subject: | Re: London pick up and delivery x 2 |

Hi Caroline

All good with me.  Hope you're well?  These are booked in to be collected in the next hour for you.

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427



**APEX**

I am running this year's Royal Parks Half Marathon in support of World Child Cancer.  Did you know for just £4 they could provide a child with life saving chemotherapy? To make a small contribution, feel free to visit my fundraising page here.

This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.

On 10 October 2016 at 13:26 Caroline Timberlake wrote:

Howdo Jignesh/Shane

Need pick up and delivery in London by end of today please:

Pick up:  1 Catherine Place, 2nd Floor, SW1E 6DX

Delivery 1:  A4 envelope; 1kg

Neil Gerrard
Partner

Decherts

160 Queen Victoria Street

London EC4V 4QQ
Dechert LLP
+44 20 7184 7672 Direct
+44 7506 910 526 Mobile

AND

Delivery 2:  A4 envelope; .5kg

F.A.O.: JAMES SMITH
Strictly Private & Confidential

62

c/o Hyatt Regency London - The Churchill
30 Portman Square
London
England
W1H 7BH
Tel: +44 (0) 20 7486 5800

Many thanks.

Cheers

C

63

From:        Jignesh Shah <jignesh.shah@apexcouriers.co.uk>
Sent:        21 October 2016 11:07
To:          Caroline Timberlake
Subject:     Re: Urgent London pick up and delivery

Hey Caroline

This is booked in for you.  Delivery by Noon is going to be really tough but I will see what can be done.

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427



I am running this year's Royal Parks Half Marathon in support of World Child Cancer.  Did you know for just £4 they could provide a child with life saving chemotherapy? To make a small contribution, feel free to visit my fundraising page here.

This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.


On 21 October 2016 at 10:51 Caroline Timberlake wrote:



Happy Friday Gents, could I get a bike asap pretty please, needs delivering before MIDDAY if at all possible.

a4 envelope; 0.5kg; docs

 To:

**NEIL GERRARD**

**Dechert LLP**
160 Queen Victoria Street
London EC4V 4QQ

+44 20 7184 7672 Direct

+44 7506 910 526 Mobile
+44 20 7184 7000 Main

 Many thanks.

Cheers

C

64

From:      Jignesh Shah <jignesh.shah@apexcouriers.co.uk>
Sent:      02 December 2016 09:54
To:        Caroline Timberlake
Subject:  Re: London pick up and delivery

---

Hi Caroline

Happy Friday!

Will have someone with you in the next hour.

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427



Please note our new address is Suite 4 Joanna House, 34 Central Road, Worcester Park, KT4 8XZ

This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.


On 02 December 2016 at 09:45 Caroline Timberlake wrote:


Howdo,

Need pick up and delivery in London by 2pm today please:

Pick up:  1 Catherine Place, 2nd Floor, SW1E 6DX

Delivery 1:  A4 envelope; 1kg

Neil Gerrard
Partner

Decherts

160 Queen Victoria Street

London EC4V 4QQ
Dechert LLP
+44 20 7184 7672 Direct


Many thanks.

Cheers

C

65

From:       Jignesh Shah <jignesh.shah@apexcouriers.co.uk>
Sent:       12 December 2016 15:25
To:         Caroline Timberlake
Subject:    Re: London pick up and delivery

---

Hey Caroline

That's all booked in for you.  Someone will be with you in the next 60-90 minutes.

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427



Please note our new address is Suite 4 Joanna House, 34 Central Road, Worcester Park, KT4 8XZ

This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.
On 12 December 2016 at 15:19 Caroline Timberlake wrote:

Howdo,

Need pick up and delivery in London this afternoon please:

Pick up:  1 Catherine Place, 2nd Floor, SW1E 6DX

Delivery 1:  A4 envelope; 0.2kg

Neil Gerrard
Partner

Decherts

160 Queen Victoria Street

London EC4V 4QQ
Dechert LLP
+44 20 7184 7672 Direct


Many thanks.

Cheers

C

66

From: Jignesh Shah <jignesh.shah@apexcouriers.co.uk>
Sent: 21 December 2016 14:12
To: Caroline Timberlake
Subject: Re: London pick up and delivery

---

Hi Caroline

That's booked in to be collected in the next hour for you!

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427

Do have a look at our short introductory video!



APEX

This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.

On 21 December 2016 at 14:08 Caroline Timberlake wrote:

Howdo,

Need pick up and delivery in London this afternoon please, before 4.30pm if poss please.

Pick up:  1 Catherine Place, 2nd Floor, SW1E 6DX

Delivery:  A4 sized box; 6cm wide approx. ; 2kg

Neil Gerrard
Partner

Decherts

160 Queen Victoria Street

London EC4V 4QQ
Dechert LLP
+44 20 7184 7672 Direct


Many thanks.

Cheers

C

67

From:       Jignesh Shah <jignesh.shah@apexcouriers.co.uk>
Sent:       21 December 2016 16:11
To:         Caroline Timberlake
Subject:    Re: ANOTHER urgent London pick up and delivery

---

Its booked!  Can't guarentee timings but will do our best.

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427

Do have a look at our short introductory video!



This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this from your system and notify the sender immediately.  Thank you for your understanding.
On 21 December 2016 at 16:07 Caroline Timberlake wrote:

Thanks Jignesh, good to talk to you earlier.

Afraid need another pick up this afternoon to go to Dechert's again, is that possible please.

A4 Envelope; 0.3kg; Document

Neil Gerrard
Partner

Decherts

160 Queen Victoria Street

London EC4V 4QQ
Dechert LLP
+44 20 7184 7672 Direct

Cheers

C

**From:** Jignesh Shah [mailto:jignesh.shah@apexcouriers.co.uk]
**Sent:** 21 December 2016 14:12
**To:** Caroline Timberlake
**Subject:** Re: London pick up and delivery

68

Hi Caroline

That's booked in to be collected in the next hour for you!

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427

Do have a look at our short introductory video!





This email is confidential. If you are not the intended addressee, you should not read the contents of this email, disclose them to any other person or use them in any way. Please delete this email from your system and notify the sender immediately.  Thank you for your understanding.

On 21 December 2016 at 14:08 Caroline Timberlake <CTimberlake@pagegroupltd.com> wrote:

Howdo,

Need pick up and delivery in London this afternoon please, before 4.30pm if poss please.

Pick up:  1 Catherine Place, 2nd Floor, SW1E 6DX

Delivery:  A4 sized box; 6cm wide approx. ; 2kg

Neil Gerrard
Partner

Decherts

160 Queen Victoria Street

London EC4V 4QQ
Dechert LLP
+44 20 7184 7672 Direct

Many thanks.

Cheers

69

From:        Jignesh Shah <jignesh.shah@apexcouriers.co.uk>
Sent:        13 February 2017 16:00
To:          Caroline Timberlake; Shane Hawke
Subject:     Re: UK delivery
Attachments: Page group UK 130217.pdf

---

Hey Caroline

This is booked in for you.  Page 1 on the package and page 2 to the driver please.

Have a nice evening!

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427


On 13 February 2017 at 15:48 Caroline Timberlake wrote:


Howdo, need UK delivery please, needs to be there tomorrow morning if possible please


A4 envelope, docs; 0.5kg


NEIL GERRARD

HUNTERS FARM

NUTLEY

EAST SUSSEX

TN22 3LS


Tel: +44 7506 910 526


Cheers

C

70

**DOM EXPRESS 12:00** **D O T** _--DHL--_

2017-02-13 Inlraship (7.3) *'20-1410'

From : PAGE GROUP LTD
CAROLINE TIMBERLAKE 02079309200
CATHERINE PLACE 1
2ND FLOOR
SW1E 6DX LONDON
GB United Kingdom

Origin:
**LON**

To : NEIL GERRARD
HUNTERS FARM

Contact:
NEIL GERRARD
07506910526

**TN22 3LS NUTLEY**
**GB United Kingdom**

# GB-LGW-LGW

| Day | Time |
| --- | --- |
| | **X12** |

Account No 417414782
Ref code PAG007
DOCUMENT

Pce/Shpt Weight   Piece
**0.50 kg  1 / 1**

WAYBILL 89 5510 3916

(2L)GBTN223LS+34002000

(J) JD01 3054 7887 8430 4875

71

| From: | Jignesh Shah <jignesh.shah@apexcouriers.co.uk> |
|---|---|
| Sent: | 17 February 2017 15:51 |
| To: | Caroline Timberlake |
| Subject: | Re: UK delivery |
| Attachments: | Page Group SAturday delivery Nutley 170217.pdf |

Hey Caroline

This is booked in for collection today for you.  The label is attached.

Have a nice weekend!

Kind Regards

Jignesh Shah

Tel: +44 207 041 9427

Mob: 07530 848242

On 17 February 2017 at 15:26 Caroline Timberlake wrote:

Howdo, another UK delivery please, needs to be there tomorrow morning if possible please

 A4 envelope, docs; 0.5kg

 NEIL GERRARD

HUNTERS FARM

NUTLEY

EAST SUSSEX

TN22 3LS

 Tel: +44 7506 910 526

 Cheers

C

72



https://my.tnt.com/myTNT/printDocumentation/printDocumenta...

**Caroline Timberlake**

| | |
|---|---|
| **From:** | Eurostar International Ltd. <noreply@e.eurostar.com> |
| **Sent:** | 22 November 2019 12:13 |
| **To:** | Stuart Page |
| **Subject:** | Your Eurostar Ticket |

View in browser.



# Your Eurostar tickets

Tickets for **1** passenger

Booking reference: **SRZJSJ**

So we know you're through, each barcode must be scanned individually at the ticket gates.

Bon voyage!

**STUART PAGE**

PRINT TICKETS

Going out                                                        BUSINESS PR

London St Pancras Int'l to Paris Gare Du Nord

01/12/2019                                              STUART PAGE

08:19                    11:47

Train no: **9010**

Coach **16** Seat **15**

Ticket no. **815319971**

1

1/12/2ᵃ¹⁶/74

**Caroline Timberlake**

| | |
|---|---|
| **From:** | meir Chikvashvili <meir@mona.co.il> |
| **Sent:** | 28 November 2019 17:34 |
| **To:** | Caroline Timberlake |
| **Subject:** | FW: Your booking confirmation. Transaction Id 092061361679 |
| **Attachments:** | QMNFEL_Basel SBB_01-Dec-2019_Ticket1.pdf; 525820292_Bern Hbf_01-Dec-2019 _Ticket1.pdf; 525820372_Basel SBB_04-Dec-2019_Ticket1.pdf; QMNFCH_Paris Gare de Lyon_04-Dec-2019_Ticket1.pdf |

**From:** Trainline [mailto:auto-confirm@info.thetrainline.com]
**Sent:** Thursday, November 28, 2019 7:23 PM
**To:** meir Chikvashvili
**Subject:** Your booking confirmation. Transaction Id 092061361679



Your trips to Basel SBB, Bern Hbf  and to  Paris Gare de Lyon are confirmed



## Keep your etickets handy in our app

All your tickets in one place, and manage your bookings in an instant.

View in app



Booking 1

1

75

Alternatively, you can show the attached etickets on your phone.

Ticket PNR reference

# QMNFEL



You'll need to carry a valid form of ID to travel.

**Outbound** Sunday December 1, 12:55

03h 14m, 1 change

12:45   Arrive at least 10 mins before departure

**12:55   Paris Gare de l'Est**
SNCF TGV INOUI 2421

Carriage 13: Solo seat 71 Solo seat

**14:41   Strasbourg**

Change, 10 minutes transfer time

**14:51   Strasbourg**
SNCF TER 96223

Sit in any vacant unreserved seat including first class

**16:09   Basel SBB**

## PAGESTUART ROBERT PAGE

**PREMIERE**
Tickets are exchangeable and refundable up to 30 days before departure for a €5 fee, which increases to €15 from two days before until the day of departure. From 30 minutes before the train departs, ticket can be changed up to two times for the same day and the same journey, and is non-refundable once exchanged. Any difference in price between the old and the new ticket will be added to this fee. Tickets will not be exchangeable or refundable after departure.

2

76

Booking 2

Simply show the attached eTickets on your phone, or view them in our app.

Ticket PNR reference

# 5 2 5 8 2 0 2 9 2

You'll need to carry a valid form of ID to travel.

**Outbound** Sunday December 1, 16:31

53m, 0 changes

16:21  Arrive at least 10 mins before departure

**16:31  Basel SBB**
CFF IC 1079

Sit in any vacant unreserved seat including first class

**17:24  Bern Hbf**

PAGESTUART ROBERT PAGE

**Supersaver ticket**
Non-exchangeable and non-refundable.

3

Booking 3

Simply show the attached eTickets on your phone, or view them in our app.

Ticket PNR reference

## 5 2 5 8 2 0 3 7 2

You'll need to carry a valid form of ID to travel.

**Outbound** Wednesday December 4, 13:04

55m, 0 changes

12:54 Arrive at least 10 mins before departure

**13:04** **Bern Hbf**
CFF EC 6

Sit in any vacant unreserved seat including first class

**13:59** **Basel SBB**

PAGESTUART ROBERT PAGE

**Supersaver ticket**
Non-exchangeable and non-refundable.

4

78

Booking 4

Alternatively, you can show the attached etickets on your phone.

Ticket PNR reference

# Q M N F C H

You'll need to carry a valid form of ID to travel.

**Outbound** Wednesday December 4, 14:34

03h 03m, 0 changes

14:24   Arrive at least 10 mins before departure

**14:34**   **Basel SBB**
TGV Lyria 9222

Carriage 12: 34 Window

**17:37**   **Paris Gare de Lyon**

PAGESTUART ROBERT PAGE

Gamme RIT Lyria
More spacious seats, Electrical socket. In-seat restaurant service (subject to charge).

## Manage your bookings

- Save payment details for faster bookings
- Make, change and refund bookings easily
- All your tickets in one place

5

79

Login to manage your booking

Some tickets are not changeable or refundable

## Payment information

| | |
|---|---|
| Transaction ID: | 092061361679 |
| Transaction Date: | 28 November 2019 |
| Card Type: | Visa |
| Card Number: | **** **** **** 1004 |

**Fare details**

**Booking 1**

1 x Adult

1 x Adult

| Total Fare: | $195.78 |
|---|---|

**Booking 2**

1 x Adult

| Total Fare: | $22.70 |
|---|---|

**Booking 3**

1 x Adult

| Total Fare: | $64.32 |
|---|---|

**Booking 4**

1 x Adult

| Total Fare: | $180.29 |
|---|---|

**Other costs\***

6

Booking Fee:                                    $13.95

**Total amount:**                               **$477.04**

\* Booking fees include UK VAT at 0%.
VAT number 791 7261 06

## We're here to help 

Have a question?

Browse our FAQs

Browse our FAQs

Need a refund or want to change your ticket?

Login to manage your booking

Login to manage your booking

Please quote your Transaction ID.

0 9 2 0 6 1 3 6 1 6 7 9

**Terms and Conditions**
Our terms and conditions, SNCF conditions of carriage and the CFF SBB conditions of carriage apply to this booking

**Trainline Group**
You have been sent this email by the Trainline Group

The Trainline Group consists of:

- Trainline com Limited (company number 3846791) whose registered office is at 120 Holborn, London, EC1N 2TD; VAT number 791 7261 06
- Trainline SAS (RCS Paris 512 277 450) operates under the name Trainline and is domiciled at 20 rue Saint-Georges, 75009 Paris with a registered capital of 118 513.94 Euros. The company is registered under IM078100022 with the commercial trade authority at 79-81, rue de Clichy, 75009 Paris; VAT number FR 58 512 277 450.

7

81

**My ticket**





## SUNDAY, DECEMBER 1st 2019

| | |
|---|---|
| **12h55** ● | **PARIS EST** |
| | TGV INOUI 2421 - 1st class |
| 01h46 | **Car 13**         **Place 71** |
| | isolee solo |
| **14h41** ● | **STRASBOURG** |
| 10 min | Connection |
| **14h51** ● | **STRASBOURG** |
| | TER 96223 - 1st class |
| 01h18 | **Car** |
| **16h09** ● | **BASEL SBB** |



**Booking : QMNFEL**

Last Name : **PAGE**
First Name : **PAGESTUART ROBERT**
Traveller : ADULTE

Customer reference number : 0029090161221722259

E-ticket no. : 846266433
Price : 169,40 EUR

Brought on : TRAINLINE032

😄   **READY? GET ON BOARD!**

☐ I'll print out my ticket or download it in the **SNCF app**

☐ I won't forget **to tag my luggage**, since it's mandatory

☐ I'll go to the **boarding area** and **scan my ticket** directly on the gate reader or via a ticket inspector's reader

☐ I'll board the train **no later than 2 min.** before departure. After this time acces to the train will be **forbidden**

☐ I'll take mi **ID** (original and valid) and travelcard in case of **check** at the platform and/or on board

## GOOD TO KNOW

**How do you use this ticket ?**
E-tickets are nominative, private, non-transferable and valid only on the designated train, date, class and journey.

**A mishap? Need to change your ticket?**

**> TGV INOUI 2421**                                    JR11
BILLET ECH/REMB SOUS CONDITIONS - VALABLE SUR CE TRAIN

**> TER 96223**                                         JR11
TARIF NORMAL

**You can obtain more info** about changing your ticket at an authorized SNCF travel agent, in a station, in a shop or by phone on 3635 ( 0,40€/TTC/min )

**What guarantee in case of delay ?**

You will benefit from the G30 guarantee on TGV and INTERCITES. More information on g30.sncf.com or SNCF app

 📶 Free WiFi for all
Network name _SNCF_WIFI_INOUI
log on at www.wifi.sncf



BROWSE
THE WORLD
RIGHT FROM
YOUR SEAT.

FREE WIFI
FOR ALL
Network name
_SNCF WIFI INOUI
Log on at
www.wifi.sncf

TGV
INOUI

**⊕ SBB CFF FFS**

Ticket-ID 441771680391

| Supersaver Ticket | | | | PAGE PAGESTUART ROBERT |

Valid: 2019 — 03.04.1951

| 📅 30 | ⏱ | von/de/da/from | → nach/a/a/to | 📅 30 | ⏱ | KL. CL. |
|---|---|---|---|---|---|---|
| 01.12 | 16:31 | Basel SBB | → Bern | 01.12 | 17:24 | 1 |
| * | * | * | → * | * | * | * |

via Olten *****

Only valid for: IC1079

| Full fare | | CHF 21.60 |
| | B2P | |

(L)(SPEZ)(SPEZ)(70)
Order no.: 525820292
Basel SBB dep 01.12.2019 16:31
ᴣᴇrn arr 01.12.2019 17:24

Article nr.: 4004
incl. 7.70% VAT/SBB



Special conditions:
- only valid for the train/day specified in the booking
- class upgrades or route changes are not possible

The current tariff of Swiss transport companies, in particular the common ancillary tariff regulations for direct service and regional transport networks (T600) as well as the tariffs of the regional transport and fare networks, ᴘply to the use of E-Tickets.

Extract:

- E-Tickets are personal and not transferable. The ticket has to be presented to the control staff along with an official identity document and / or with any discount card.
- For refunds, the tariff 600.9 or the tariffs of regional transport and fare networks apply.



Reference nr.: 90338420 / 28111822 19699 © SBB AG 0104.08 WSB2P

83

# YOUR E-TICKET CONFIRMATION



**BASEL SBB / PARIS GARE LYON**

*********** EUR
CA

Surname : **PAGE**
First Name : **PAGESTUART ROBERT**
Passenger : ADULTE

**BOOKING FILE REFERENCE : QMNFCH**
Customer reference number : 0029090161181722257
E-ticket number : 846266282

| Departure / Arrival | Date / Time | TRAIN | ECH/REMB SOUS CONDITIONS |
|---|---|---|---|
| **BASEL SBB** | **04/12 at 14h34** | **TRAIN NUMBER 9222** **VOITURE 12 - PLACE 34** 1st CLASS / PLACE ASSISE | |
| **PARIS GARE LYON** | **04/12 at 17h37** | FENETRE CLUB 4 A UTILISER DANS CE TRAIN | E-ticket available only for this train |

You must be aboard at the latest 2mn prior to the departure time.

To calculate the greenhouse gases generated by your journey, go to sncf.com or the SNCF app

You bought your E-ticket in a travel agency : TRAINLINE032.

SNCF wish you a pleasant journey !



PAS DE COMPOSTAGE, PRENEZ PLACE DIRECTEMENT À BORD DE VOTRE TRAIN.
## CONDITIONS D'UTILISATION DU E-BILLET(1)
**NOMINATIF, PERSONNEL ET INCESSIBLE.**
Valable uniquement pour le train, la date, la classe et le parcours désignés.
Cette confirmation e-billet :
• doit obligatoirement être accompagnée d'une pièce d'identité(2),
• doit être présentée lors du contrôle ou à l'accès au train,
• doit être imprimée de bonne qualité sur du papier A4 blanc, sans modification de la taille d'impression,
• peut être réimprimée en gare si besoin.

## COMMENT GÉRER MA RÉSERVATION ?
Vous souhaitez échanger ou annuler votre e-billet. Si votre tarif le permet, cela est possible jusqu'au départ du train.
• par téléphone : au 098 098 3635 depuis la France (service gratuit + prix d'un appel local) et au +33 (0) 892 35 35 35 depuis l'étranger (coût d'un appel international, hors surcoût éventuel de votre opérateur)
• aux guichets ou sur les bornes en gares et boutiques SNCF (en France) ou en agences de voyages agréées SNCF
Présence à quai obligatoire 2 minutes avant l'heure de départ. Au-delà de ce délai, l'accès au train n'est pas garanti.
Nous vous rappelons que l'étiquetage des bagages avec mention de votre nom et prénom est obligatoire.

*(1) En cas de non-respect de ces règles l'E-billet est considéré comme non valable et SNCF est en droit d'exiger la régularisation du titre de transport sur la base du tarif maximum exigible pour la prestation fournie. (2) Carte d'identité, passeport, permis de conduire ou carte de séjour en cours de validité et avec photo.*

THIS E-TICKET CONFIRMATION DOES NOT REQUIRE TO BE PUNCHED.
## E-TICKET CONDITIONS OF USE(1)
**NOMINATIVE, PERSONAL AND NON TRANSFERABLE.**
Valid only for the train, date, class and journey selected
To be valid, this e-ticket confirmation:
• Must be presented with a valid ID with photo(2).
• Must be presented upon request at the time of ticket inspection or boarding the train.
• Must be printed out on white A4 paper, without changing print size. Good print quality is required.
• Can be printed again at the Station.

## HOW TO MANAGE MY BOOKING?
Your journey can easily be cancelled or exchanged at your convenience in accordance with the fare conditions, until the train departure time.
• By phone on 00 33 892 35 35 35 (calls are charged at international rates plus your operator's surcharge, where applicable)
• At French Stations ticket desks and vending machines before departure
You must be aboard at the latest 2mn prior to the departure time, beyond which access to the train cannot be guaranteed.
We remind you that labelling luggages with your full name is mandatory



*(1) THE E TICKET WILL NOT BE VALID IF THESE CONDITIONS ARE NOT FULLFILLED and SNCF has the right to require the palement of the full fare applicable to the train in which you are traveling (cf Tarifs Voyageurs). (2) Identity card, passport or resident permit.*

Page : 1 /

84

**Caroline Timberlake**

| | |
|---|---|
| **From:** | Hotel Le 123 Elysées - Astotel <no-reply@availpro.com> |
| **Sent:** | 25 November 2019 09:37 |
| **To:** | Stuart Page |
| **Subject:** | Booking confirmation - Reference: RWH1ZC - Hotel Le 123 Elysées - Astotel |

# Your booking is confirmed

### Reference **RWH1ZC**

Dear Mr. Stuart Page,

Thank you for choosing Hotel Le 123 Elysées - Astotel for your stay from Wednesday, December 4, 2019 to Thursday, December 5, 2019. We look forward to welcoming you for your stay.

## Hotel Le 123 Elysées - Astotel



## Hotel information

1

*Hotel Paris*
*04 DEC 2 85*

Hotel Le 123 Elysées - Astotel
123 rue du Faubourg St Honoré
75008 Paris

Get directions

Send email to hotel

**Phone:** +33(0) 1 53 89 01 23

Visit website

| | |
|---|---|
| **Guest name** | Stuart Page |
| **Number of guests** | 1 adult |
| **Your booking** | 1 night, 1 room |
| **Check-in (from 14:00)** | Wednesday, December 4, 2019 |
| **Check-out (until 12:00)** | Thursday, December 5, 2019 |
| **Total price** | € 231 |

# Booking details

| | |
|---|---|
| **1 x Double room - Superior** | **€ 231** |
| Breakfast included | |
| **Room with breakfast - Non-refundable** | |
| Night 1 : Wednesday, December 4, 2019 | € 231 |
| **Price of the booking** | **€ 231** |

| | |
|---|---|
| **Total amount to be paid** | **€ 233.88** |
| Including taxes to be paid at the hotel | € 2.88 |
| Stay Tax (€ 2.88) | € 2.88 |

2

## Payment

Deposit amount                                                          € 231

**The balance of € 2.88 is payable upon arrival at the hotel.**
**The credit card used to pay the deposit must be presented on arrival.**

## Special requests

Check-in time (estimated) 5:00 PM

## Cancellation Policy

### Double room - Superior

As soon as the booking is made, 100% of the booking amount is charged and non-refundable.

### Special sales and cancellation terms and conditions

**Prepayment by credit card, of the total cost of the stay, will be required at the time of the reservation.**
The amount paid at the time of the reservation is not refundable, even in the case of cancellation or modification of the reservation.
Virtual credit cards are not accepted.
**The credit card used to pay the deposit, as well as the credit card holder's ID card, must be presented to reception on arrival at the hotel.**
For security reasons, if the aforementioned details cannot be provided, the beneficiary of the reservation must pay the total amount of the stay on arrival at the hotel. The credit card initially used at the time of the reservation will then be credited with the amount previously charged to it.
If your stay is to be settled by a third party, please contact us: a credit card authorisation form will be sent to him/her. The third party must return the completed credit card authorisation form to us, along with copies of the front and back of his/her ID card and his/her credit card.
Offer cannot be combined with other current offers and/or benefits.
Special conditions may apply for reservations of more than 5 rooms.

3

87

Modify / Cancel this booking

Pin code: 66771

## Your rooms

**1 x Double room - Superior**

1 x Double bed - 2 people

Our very pleasant Superior Double rooms have a 200x200 bed, a bathroom with a bathtub or a shower, a mini-bar, free and unlimited Wi-Fi access, bathrobe and slippers. For your comfort and convenience, an in-room courtesy tray is also provided for you to use free of charge.

**Services**

Air conditioning - Minibar - Soundproofed - Safe - Telephone - Private bathroom - Hair dryer - Shower - Bath - Flatscreen TV - Wireless Internet access - Radio - Alarm

**Traveller(s)**

Double room - Superior - 1

Mr. Stuart Page

## Your rate

All year long, enjoy a reduction of 10% to 15% on our Astotel flexible rate by prepaying your reservation directly when booking online.
Select the "Prepaid rate" when booking you stay on our website.

This offer includes:

- The accommodation
- Full buffet breakfast
- Free and unlimited Wi-Fi access
- Soft beverages from the in-room minibar offered
- Complimentary open bar with soft drinks every afternoon

4

88

**Caroline Timberlake**

| | |
|---|---|
| **From:** | Air France <admin@service-airfrance.com> |
| **Sent:** | 04 December 2019 12:59 |
| **To:** | Stuart Page |
| **Subject:** | Booking confirmed - Paris-London on 12/05/2019 |



## BOOKING CONFIRMED
### PARIS < > LONDON
Departing on 12/05/2019 at 13h20

Booking reference
**LN92G2**

## MY BOOKING

Dear Mr Page ,

This is the confirmation e-mail for your booking.

Find your trip details in the My Bookings area on our site.

## YOUR FLIGHT DETAILS

**PARIS** (CDG) - **LONDON** (LHR)

THURSDAY,
DECEMBER 5

**BUSINESS**

**13h20** Aéroport Charles de Gaulle -Terminal 2E
**Flight AF1780** - Operated by Air France
Check-in Deadline : 12h40

**13h45** Heathrow Airport -Terminal 4

1

PARIS - LHR
89

**REVIEW YOUR FLIGHT DETAILS**

## PASSENGER(S)

Stuart Page

**Ticket: 2 128 Miles**
► **Create your account**

The number of Miles indicated applies to your ticket and any Options purchased.

## PAYMENT

| | |
|---|---|
| Total (not including tax): | 455.00 GBP |
| Taxes: | 34.50 GBP |

**Total :**    **489.50 GBP**          Paid by Amex

The change and refund conditions for a flight are applicable if the request is made before the flight's scheduled departure.

**One-way : Paris - London**

Change before departure of the 1st flight:
**Allowed at no charge**

Refund before departure of the 1st flight:
**Allowed at no charge**

Refund after departure of the 1st flight:
**Allowed at no charge**

## YOUR SERVICES AND OPTIONS

2

90