# Exhibit 3

**List of Telephone Devices for KAS Custodians in Relevant Period**

|  | Device/Model | Phone Number | IMEI And # PIN/Serial | First Known Use | Last Known Use | Backups available | Reason for replacement |
|---|---|---|---|---|---|---|---|
| **Neil Gerrard** | | | | | | | |
| **Blackberry devices** | | | | | | | |
| 1. | Blackberry 9790 | 7904611977 | 359202047837579 2a6b0191 | 05/10/2012 | 12/07/2013 | Yes | Lost |
| 2. | Blackberry 9790 | 7904611977 | 354091051142025 2b19e9d8 | 12/07/2013 | 17/07/2013 | Yes | Faulty (unable to hear calls) |
| 3. | Blackberry 9790 | 7904611977 | 354091055121991 2afce4e8 | 17/07/2013 | 27/09/2013 | Yes | Faulty (delays receiving mail) |
| 4. | Blackberry 9790 | 7904611977 | 359202045323150 2b1b9e7d | 27/09/2013 | 16/10/2013 | Yes | Faulty (slow performance) |
| 5. | Blackberry 9720 | 7904611977 | 357861052707449 2B540757 | 16/10/2013 | 02/12/2013 | No | Lost |
| 6. | Blackberry 9720 | 7904611977 | 357861053040139 2B572193 | 02/12/2013 | 18/12/2013 | Yes | Faulty (due to performance issues) |
| 7. | Blackberry 9720 | 7904611977 | 357861052365107 Unknown | 18/12/2013 | 07/02/2014 | Yes | Replaced (due to concerns that its security had been compromised) |
| 8. | Blackberry 9720 | 7588836638 | 357861052750894 Unknown | 07/02/2014 | 12/08/2014 | No | Temporarily mislaid |
| 9. | Blackberry 9720 | 447508836638 | 357861053038539 2B571D7A | 12/08/2014 | 22/08/2014 | Yes | Faulty |

**Error! Unknown document property name.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10. | Blackberry 9720 | 447508836638 | 351758065233684 2BC69596 | 22/08/2014 | 10/04/2015 | No | Stolen |
| 11. | Blackberry 9720 | 447508836638 | 351758062878739 2BAD11DA | 13/04/2015 | 17/08/2015 | Yes | Upgraded |
| 12. | Blackberry Classic | 7508836638 | 359892052703201 Unknown | 16/07/2015 | Unknown | No | Unknown |
| 13. | Blackberry Classic | 7508836638 | 359892053968662 2C177156 | 17/02/2016 | 11/09/2017 | No | Temporarily mislaid, and then reissued to another member of the firm |
| 14. | Blackberry Key2 LE | 7790375825 | 356836090464170 | 07/02/2019 | 18/11/2020 | No | Returned to Dechert IT team |
| **Nokia devices** | | | | | | | |
| 1. | Nokia C5.00 | 7506910526 | 356989040655312 N/A | 24/04/2013 | 23/07/2013 | No | Lost |
| 2. | Nokia 301 | 7506910526 | 355520056224668 N/A | 24/07/2013 | 06/02/2014 | Yes | Replaced (due to concerns that its security had been compromised) |
| 3. | Nokia 301 | 7506910526 | 358338052622315 N/A | 07/02/2014 | 08/05/2014 | No | Lost |
| 4. | Nokia 301 | 7506910526 | 359956059371880 N/A | 09/05/2014 | 29/06/2017 | No | Lost |
| 5. | Nokia 222 | 7506910526 | 354881080370724 N/A | 29/06/2017 | 10/07/2017 | No | Faulty (not working in US) |
| 6. | Nokia 301 | 7506910526 | 355520050866803 N/A | 10/07/2017 | 17/10/2017 | No | Lost |

2 (6)

20140

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7. | Nokia 301 | 7506910526 | 358338056185665 N/A | 17/10/2017 | 10/01/2019 | Yes | Damaged |
| 8. | Nokia 301 | 7506910526 | 355524051068849 N/A | 10/01/2019 | 21/10/2020 | CDS Image | - |
| **iPad** | | | | | | | |
| 1. | iPad 2 | 447415106049 | 12670007322072 DN6FQQC3DFJ2 | 10/12/2013 | 06/02/2017 | No | Unknown |
| 2. | iPad Pro with Wi-Fi + Cellular (12.9-inch, 3rd generation) (512 GB Space Gray) | 447415106049 | 358718093632854 DLXXQ0GBKC5J | 11/01/2019 | Still in Use | CDS Image | - |
| **iPhone** | | | | | | | |
| 1. | iPhone 6 Plus (64 GB Space Grey) | 440477607962 | 359246061929549 F2LPK0S7G5QV | 27/10/2016 | 04/03/2018 | No | This was a personal device used for firm work |
| 2. | iPhone 8 Plus 64GB Space Grey | 447760407962 | 357400091789686 FD4XX2W2JCM2 | 12/02/2019 | Still in Use | CDS Image | - |
| **David Hughes** | | | | | | | |
| 1. | Blackberry 9720 | 447984196468 | 351758065845735 2AECFF32 | 12/09/2014 | 13/07/2015 | No | |
| 2. | Blackberry 9720 | 447725065367 | 351758065845735 2BCB76F8 | 15/04/2015 | 15/04/2015 | Yes | |
| 3. | Blackberry Classic | Unknown | Unknown 2C2C79E1 | 03/07/2016 | 29/11/2016 | No | |
| **Caroline Black** | | | | | | | |
| 1. | Blackberry 9790 | 7534451019 | 354091054128963 24EE753B | 25/04/2013 | 28/04/2014 | No | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2. | Blackberry 9720 | 7534451019 | 357861055309656 2B6682FB | 05/05/2014 | 16/03/2015 | Yes | |
| 3. | Blackberry 9720 | 447534451019 | 356712062563010 2C016B6A | 16/03/2015 | 20/07/2015 | Yes | |
| 4. | IPHONE 6 64GB | 7534451019 | 359310061331278 C39PT0G2G5MR | 03/08/2015 | 27/02/2020 | No | |
| 5. | iPhone XR, 128gb, Black | 447534451019 | 356458101266724 FFWZK5YSKXK6 | 27/02/2020 | Still in Use | No | |
| **Gavin Watson** | | | | | | | |
| 1. | iPhone 6 (64 GB Space Grey) | 971503445252 | 356984060762791 C39NQHU5G5MR | 15/08/2016 | 04/03/2018 | No | |
| **Hannah Rashid** | | | | | | | |
| 1. | iPhone 7 (32 GB Black) | 971525619100 | 355324085993850 F4GT6KMZHG7F | 15/06/2017 | 04/03/2018 | No | |
| **Jonah Anderson** | | | | | | | |
| 1. | Blackberry 9790 | 7506910508 | 359202044626835 29C39591 | 13/07/2012 | 06/01/2014 | Yes | |
| 2. | Blackberry 9790 | 7506910508 | 359202047837595 2A6B0198 | 09/12/2013 | 07/01/2014 | Yes | |
| 3. | Blackberry 9720 | 7506910508 | 359202045323150 2B1B9E7D | 07/01/2014 | 29/09/2014 | Yes | |
| 4. | Blackberry 9720 | 7506910508 | 357861053038539 2B571D7A | 29/09/2014 | 10/02/2015 | Yes | |
| 5. | Blackberry 9720 | 7506910508 | 351758062432941 2BA56D5D | 10/02/2015 | 08/05/2015 | No | |
| **Joseph Carroll** | | | | | | | |
| 1. | Blackberry 9320 | 447930401551 | 355419059492952 | 03/06/2013 | 06/10/2014 | No | |

| | | | 2AECFF32 | | | | |
|---|---|---|---|---|---|---|---|
| 2. | Blackberry 9790 | 447930401551 | 354091054659504 2ACFA9DA | 13/10/2014 | 13/05/2016 | No | |
| **Karen Coppens** | | | | | | | |
| 1. | Blackberry 9360 | 7508836634 | 351602057515494 2A3875C5 | 15/08/2012 | 16/05/2016 | No | |
| 2. | Blackberry Classic | 447508836634 | 359892054808446 2C216C61 | 26/05/2016 | 16/12/2016 | No | |
| 3. | Blackberry Classic | 447508836634 | 359892054538563 2C1EB372 | 16/01/2017 | 12/03/2017 | No | |
| 4. | iPhone SE(16 GB Space Gray) | 447508836634 | 359224076274631 DX3SQFVGH2XJ | 21/02/2017 | 04/03/2018 | No | |
| **Lloyd Firth** | | | | | | | |
| 1. | Blackberry 9360 | 7904611925 | 351602057505354 2A3865D1 | 06/08/2012 | 13/03/2015 | No | |
| 2. | Blackberry 9220 | Field Empty | 358208052322390 2B514D94 | 11/11/2013 | Unknown | No | |
| **Stephen McDaid** | | | | | | | |
| 1. | Blackberry 9360 | 7903536744 | 351602052851142 29603882 | 11/04/2013 | 16/10/2013 | No | |
| 2. | Blackberry 9720 | 7506654806 | 356712060359098 2BC694D7 | 31/12/2014 | Unknown | No | |
| 3. | Blackberry 9720 | 7506654806 | 356712060363496 2BEFA838 | 15/04/2015 | Unknown | No | |
| 4. | Blackberry 9720 | 7506654806 | 351758065233254 | 02/11/2015 | 09/11/2015 | No | |
| 5. | Blackberry 9720 | 7506654806 | 356712063637136 2C0AB91D | 18/11/2015 | 25/01/2016 | Yes | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6. | Blackberry Classic | 7506654806 | 359892051981097 2C01B57D | 25/01/2016 | 22/08/2017 | No | |
| **William Fotherby** | | | | | | | |
| 1. | Blackberry Classic | 7790375207 | 359892052129829 2C030B3A | 04/12/2015 | 11/09/2017 | No | |
| 2. | iPhone SE (32 GB Space Gray) | 7790375207 | 353066094395161 DX4WH76JHTVL | 24/07/2018 | 18/02/2019 | No | |